# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| DRUMMOND COMPANY, INC. ) | |
| ) | |
| vs. ) | |
| ) | Case No. 2:11-cv-3596-RDP |
| TERRENCE P. COLLINGSWORTH, et al. ) | (*Defamation*) |
| ) | |
| _____ ) | |
| ) | |
| DRUMMOND COMPANY, INC., et al. ) | |
| ) | |
| v. ) | Case No. 2:15-cv-0506-RDP |
| ) | (*RICO*) |
| TERRENCE P. COLLINGSWORTH, et al. ) | |
| ) | |

## JOINT REPORT REGARDING TIER 1 DEPOSITION SCHEDULING

COME NOW the Plaintiffs, Drummond Company, Inc. and Drummond Ltd. (collectively "Drummond") and the Defendants Conrad & Scherer, LLP ("C&S"), William R. Scherer, Jr., Ivan Otero, and Francisco Ramirez (collectively the "Parties") and pursuant to this Court's September 18, 2023 Order (*Defamation* Doc. 752; *RICO* Doc. 248), file this joint report regarding the scheduling of Tier 1 depositions.

1.  Counsel for the parties have agreed on the following schedule of Tier 1 depositions of individual deponents:[1]

---

[1] C&S also identified Salvatore Mancuso and former Drummond employee James Adkins as two of its Tier 1 deponents. With respect to Mancuso, notwithstanding the exchange with the Court during the August 16, 2023 hearing, *RICO* Doc. 241 (Aug. 16, 2023 Hr'g Tr.) at 11:5-7, 17-18, Drummond does not agree that the deposition of Mancuso can move forward. Drummond's position is that Defendants' declarations are inappropriately qualified and do not address the issue raised by this Court. *RICO* Doc. 233 at 4-6. In addition, Drummond objects to Mancuso's deposition going forward unless and until the Defendants specifically search for and produce documents relating to Mancuso, which they have not done. C&S disagrees with Drummond's position and anticipates filing a motion this week for permission to schedule and take Mancuso's deposition.

{B4687806}                                         1

November 7 or 8, 2023 – Jaime Blanco in Bogotá, Colombia

November 17, 2023 – Francisco Ramirez in Birmingham, AL

November 21, 2023 – Brad Smith in Birmingham, AL

November 28-30, 2023 – Augusto Jimenez, Alfredo Araujo, and Jose Miguel Linares.  Drummond expects to make these individuals available for deposition in Birmingham, but as of the time of this filing is waiting on location confirmation.

December 5, 2023 – Ivan Otero.  Drummond's counsel and Mr. Otero's counsel are currently discussing the location of Mr. Otero's deposition.  In addition, Mr. Otero's counsel is currently scheduled to serve on an arbitration panel on December 4-6, 2023.  If that arbitration does not resolve prior to December 5, Drummond's counsel and Otero's counsel will work together to find another date for Mr. Otero's deposition in December.

December 7, 2023 – Mike Tracy in Birmingham, AL

December 13, 2023 – Al Frevola in Ft. Lauderdale, FL

December 14, 2023 – Eric Hager in Ft. Lauderdale, FL

December 18, 2023 – Terry Collingsworth[2]

January 9, 2024 – Ken McNeil in Houston, TX[3]

---

With respect to Adkins, as of the date of this filing, counsel for Adkins has not responded to multiple communications from counsel for C&S regarding the scheduling of his deposition. C&S reserves the right to schedule Mr. Adkins' deposition before the fact discovery cutoff.

[2] Subject to the discussion in Paragraph 3 *infra*.

[3] C&S and Mr. McNeil have agreed to January 9th as a placeholder date without waiver of their rights to seek a protective order (1) preventing the deposition from going forward, (2) limiting the scope or duration of it, or (3) seeking other appropriate relief.

2. Counsel for Drummond and C&S, as well as Mr. Collingsworth, have conferred and agreed to exchange their respective 30(b) notices for Drummond Company, Inc., Drummond Ltd., C&S, and IRAdvocates on or before November 3, 2023. Drummond, C&S, and Mr. Collingsworth have also agreed that 30(b)(6) depositions will take place during the first two weeks of January 2024, and that after exchanging notices the parties will confer on specific dates for these 30(b)(6) depositions.

***Drummond's Statement Regarding the Depositions of Messrs. Collingsworth and Van Bilderbeek***

3. The operative Amended Scheduling Orders in both the *RICO* and *Defamation* cases provide that "[f]or depositions of named parties, the parties SHALL meet and confer regarding the potential need to extend these limitations." *Defamation* Doc. 748, ¶ 3; *RICO* Doc. 242, ¶ 3. On August 2, 2023, Drummond informed Mr. Collingsworth that it will request multiple days for his deposition and offered to meet and confer on this issue. Ex. 1 (Aug. 2-11, 2023 email chain). Mr. Collingsworth did not accept Drummond's offer to meet and confer, and instead responded that "Drummond chose to depose me in 2015. In the course of that deposition, my counsel at the time raised several objections based on work product that would now be overruled based on the Court's crime fraud ruling. Accordingly it is appropriate that Drummond depose me only to get the answers to those specific questions." *Id*. Drummond responded and explained why Mr. Collingsworth's position was unwarranted. *Id. See also Defamation* Doc. 748, ¶ 3; *RICO* Doc. 242, ¶ 3 ("*Depositions taken as part of the discovery process leading up the evidentiary*

*hearing on the crime-fraud exception do not count towards this 'one deposition' per witness limitation.*"). In conjunction with the preparation of this joint report, Drummond again raised with Mr. Collingsworth the length of his deposition and requested that Mr. Collingsworth provide 3-day periods of his availability, while acknowledging that Mr. Collingsworth reserved his right to oppose the extension of the default time limitation for his deposition. Mr. Collingsworth refused to do so. Ex. 2 (Sept. 28-Oct. 1, 2023 email chain).

In addition to extending the length of Mr. Collingsworth's deposition, Drummond also anticipates requesting that his deposition take place in the courtroom or in this Court's chambers, subject to the Court's availability and schedule. Drummond will request that the Special Master convene a conference to discuss the length and location of Mr. Collingsworth's deposition. If the parties are unable to reach an agreement, Drummond will promptly inform the Court.

4.     Defendant Albert Van Bilderbeek has not responded to the parties' joint correspondence regarding deposition dates, and therefore Drummond has not been able to schedule a deposition date for him.

DATE: October 2, 2023          Respectfully submitted,

*s/ Benjamin T. Presley*
William Anthony Davis, III
H. Thomas Wells, III
Benjamin T. Presley
STARNES DAVIS FLORIE LLP
100 Brookwood Place, 7th Floor
Birmingham, AL 35209
(205) 868-6000
fax: (205) 868-6099
wad@starneslaw.com
htw@starneslaw.com
btp@starneslaw.com
*Attorneys for Drummond Company, Inc. and Drummond Ltd.*


*s/ William T. Paulk (w/ permission)*
Robert K. Spotswood
Michael T. Sansbury
William T. Paulk
SPOTSWOOD SANSOM & SANSBURY LLC
505 20th Street North, Suite 700
Birmingham, AL 35203
Phone (205) 986-3620
Fax (205) 986-3639
rks@spotswoodllc.com
msansbury@spotswoodllc.com
wpaulk@spotswoodllc.com
*Attorneys for Conrad & Scherer, LLP and William R. Scherer, Jr.*


*s/ Anil Mujumdar (w/ permission)*
Anil A. Mujumdar
Dagney Johnson Law Group
2170 Highland Avenue, Suite 250
Birmingham, Alabama 35205
Phone: 205.590.6986
anil@dagneylaw.com

          *s/ Greg W. Foster (w/ permission)*
          Greg W. Foster
          Foster Law Firm, P.C.
          4220 Cahaba Heights Court, Suite 206
          Vestavia Hills, AL 35243
          Phone: (205) 259-1678
          Fax: (888) 519-3341
          greg@fosterlawnow.com

## CERTIFICATE OF SERVICE

     I hereby certify that on October 2, 2023, I filed the foregoing electronically with the Clerk of Court using the CM/ECF system, which will automatically serve all counsel of record. In addition, a copy of this motion was sent, via electronic mail, to the following:

    Albert Van Bilderbeek
    albert@vanbilderbeek.com

          *s/ Benjamin T. Presley*
          Benjamin T. Presley