# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DRUMMOND COMPANY, INC., et al.,** | } |
| **Plaintiffs,** | } |
| v. | } Case No.: 2:15-CV-506-RDP |
| **TERRENCE P. COLLINGSWORTH, et al.,** | } |
| **Defendants.** | } |

## ORDER

This matter is before the court on Conrad & Scherer's ("C&S") Renewed Motion for Permission to Depose Salvatore Mancuso. (Doc. # 254). The Motion has been fully briefed and is ripe for decision. (Docs. # 256, 257). For the reasons discussed below, the motion is due to be granted.

Drummond opposes C&S's Motion. (Doc. # 256). The court previously imposed certain preconditions on the taking of Mancuso's deposition, including requiring declarations meeting certain specifications from each Defendant in this case. (Docs. # 205, 227). The initial declarations were inappropriately qualified, so the court ordered revised declarations. (Doc. # 227). At least arguably compliant declarations have now been filed. (Docs. # 230-6, 230-7, 230-8, 230-9, 230-10. 238-1).

Drummond argues that Defendants' declarations remain inappropriately qualified in that they do not reflect knowledge of payments to Mancuso by persons or entities not associated with Defendants. (Doc. # 256 at 2). The declarations state:

> I am not aware of any defendant in this case, *or anyone associated or affiliated with any defendant in this case*, making any payment or providing any other financial assistance in any form to Mancuso or his family for any purpose, regardless of how the payment or assistance may be characterized.

(Docs. # 230-6, 230-7, 230-8, 230-9, 230-10. 238-1). What the court ordered was:

> an affidavit or declaration, under oath, stating that Defendant (1) has not at any time provided ANY PAYMENT OR OTHER FINANCIAL ASSISTANCE IN ANY FORM to Mancuso and/or Mancuso's family, and (2) is not aware of any one else making ANY PAYMENT OR OTHER FINANCIAL ASSISTANCE IN ANY FORM to Mancuso and/or Mancuso's family. To the extent a party made or has knowledge of such payments or assistance provided to Mancuso and/or his family, all information about those payments must be described in detail in the affidavit or declaration.

(Doc. # 205 at 3). The court certainly understands Drummond's skepticism regarding Defendants' assurances that they have not paid witnesses. But, on reflection, the court's requirement regarding the declarations is quite overbroad. And, although it does not affect the availability of discovery, the court further ordered that:

> Should Drummond later learn that any payments were made to Mancuso and/or Mancuso's family that were not disclosed, it may file a motion with the court to:
>
> a. Seek sanctions against the offending person or entity; and/or
>
> b. Refer the offending person or entity to the relevant United States Attorney for potential prosecution.

(Doc. # 205 at 4).

The declaration from Defendant Ramirez was the last to be filed. Prior to its filing, on August 21, 2023, counsel for Drummond had the following exchange with the court during a telephone conference:

> The Court: [discussing Ramirez's declaration] And then that's the last item that we would need to accomplish to take Mancuso's deposition?
>
> Mr. Wells: Yes, sir.

(Doc. # 241 at 10-11).

2

Furthermore, C&S has apparently produced 2,600 documents relating to Mancuso. (Doc. # 257 at 10 & n.6; 257-8). Drummond has not pointed to any document or information, other than speculation based on their experience with other witness payments made in this case, that any payments were made to Mancuso. Without even a hint that Mancuso (rather than Blanco or anyone else) received any payments, there has to be an end to this pre-deposition inquiry.

Drummond remains free to seek the discovery discussed in their response to C&S's Motion, but the court is satisfied that Mancuso's deposition should go forward. Should Drummond later discover any evidence of such payments to Mancuso, they may move the court to reopen the deposition and seek the other relief noted in the court's June 2, 2023 Order.

C&S's Renewed Motion for Permission to Depose Salvatore Mancuso (Doc. # 254) is **GRANTED**. The parties have the court's permission to proceed to take Mancuso's deposition.

**DONE** and **ORDERED** this October 18, 2023.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE