FILED
2023 Dec-15  PM 03:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| DRUMMOND COMPANY, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TERRENCE P. COLLINGSWORTH, et al., )<br>)<br>Defendants. ) | Case No 2:11-cv-3695-RDP<br>("*Defamation*") |
| DRUMMOND COMPANY, INC., et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>TERRENCE P. COLLINGSWORTH, et al., )<br>)<br>Defendants. ) | Case No 2:15-cv-0506-RDP<br>("*RICO*") |

**Defendants Conrad & Scherer, LLP and William R. Scherer, Jr.'s Supplemental Submission of Declaration Regarding Letters Rogatory Deposition**

Defendants Conrad & Scherer, LLP and William R. Scherer, Jr. (together "C&S") hereby supplement their December 14, 2023 Response (*Defamation* Doc. 768; *RICO* Doc. 275) to the Court's order granting C&S's motion for the issuance of letters rogatory requests to submit the declaration of Defendant Francisco Ramirez Cuellar, attached hereto as Exhibit 1.

Dated: December 15, 2023            Respectfully submitted,

*s/ William T. Paulk*
Robert K. Spotswood
Michael T. Sansbury

William T. Paulk
SPOTSWOOD SANSOM & SANSBURY LLC
505 20th Street North, Suite 700
Birmingham, AL 35203
Phone (205) 986-3620
Fax (205) 986-3639
rks@spotswoodllc.com
msansbury@spotswoodllc.com
wpaulk@spotswoodllc.com

*Attorneys for Defendants Conrad & Scherer, LLP and William R. Scherer, Jr.*

## **CERTIFICATE OF SERVICE**

      I certify that on December 15, 2023, I filed the foregoing electronically with the Clerk of Court using the CM/ECF system, which will automatically serve all counsel of record and *pro se* parties.

                                                    s/ *William T. Paulk*
                                                    William T. Paulk