FILED
2024 Feb-15 PM 01:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 3

**From:** Charity Ryerson </o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=732ee52bec3b46a7928f51f70bbeba86-cRyerson>
**To:** Matthew Wells; Jenny J. Xie
**Sent:** 7/11/2014 2:51:58 PM
**Subject:** RE: perez

Well, another exciting twist in this is that there is about an 18 month period in which Terry's emails are lost. Sometime in 2010 and 2011 as I recall, so that might explain the problem. He will probably need to explain this in an affidavit at some point.

**From:** Matthew Wells
**Sent:** Friday, July 11, 2014 1:48 PM
**To:** Charity Ryerson; Jenny J. Xie
**Subject:** RE: perez

**WORK PRODUCT**

I'm not sure our searches captured everything though. There were emails between Terry and **WORK PRODUCT** of which I never came across the original; I would only see it as an email forwarded to people within C&S (which was then, of course, internal). There was one like this in the batch from JC yesterday; and several from the first uploaded batch.

**From:** Charity Ryerson
**Sent:** Friday, July 11, 2014 2:40 PM
**To:** Jenny J. Xie; Matthew Wells
**Subject:** perez

**WORK PRODUCT**

CS_TC139330