# Exhibit 5

| | |
|---|---|
| **From:** | Susana Tellez </O=CONRADSCHERER/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ST> |
| **To:** | Eric Hager |
| **Sent:** | 5/9/2014 11:35:54 AM |
| **Subject:** | Chiquita listserv ethics communications |
| **Attachments:** | 7.22.11 Ethics issues.pdf |

Eric, I need to log our communications with Chiquita group re. ethics of paying a witness' lawyer fees. Attached is part of the email chain you forwarded to us. I couldn't find the emails in Terry's account, and I wasn't on the listserv back then. May I log on your account and search for these emails?

Susana Tellez
Paralegal
Conrad & Scherer
1156 15th St. NW
Suite 502
Washington, DC 20005
202.527.7983

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

CS_TC092326