FILED
2024 Feb-15 PM 01:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 8

**From:** James Carroll, Esq. <Jim@CarrollEsq.com>
**To:** r
**Sent:** 5/21/2012 11:46:57 PM
**Subject:**

Collingsworth will say whatever he needs to say to get through the crisis at the moment. For example, the statement that it would be a cinch to defeat the motion regarding Gary Drummond be added as a defendant in the case. He's like the Rothstein guy at platinum and century

CSWRS-001065