# Exhibit 10

| | |
|---|---|
| **Message** | |
| From: | Susana Tellez [/O=CONRADSCHERER/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ST] |
| Sent: | 6/14/2012 3:54:44 PM |
| To: | Terrence Collingsworth [/O=CONRADSCHERER/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=TC]; Maggie C. Crosby [/O=CONRADSCHERER/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Maggie C. Crosby] |
| CC: | lorrainemleete@gmail.com; Christian Levesque [/O=CONRADSCHERER/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=CL]; Cristina Stam [/O=CONRADSCHERER/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Christina C. Stam7d0] |
| Subject: | RE: TV emailsRE: WHAT CASE? FW: TC's old emails |
| Attachments: | List of Responsive docs to Defs 5th RFPDs.doc |

Terry, Lorraine and I made a list of responsive documents in response to Defs 5th RFPDs that are due June 29. We are pulling everything right now and then will review with CL for privilege once she drafts the objections.

Other than searching your own emails for communications with JBM and Ivan (there might be a few emails that didn't include LL and I, and at some point you asked for Ivan's email because you were emailing him at a different address), can you also search for any communications you had with press directly (ie. the email to the associated press that came up during JBM's depo)? Thanks

---

**From:** Terrence Collingsworth
**Sent:** Thursday, June 14, 2012 11:38 AM
**To:** Maggie C. Crosby
**Cc:** lorrainemleete@gmail.com; Christian Levesque; Susana Tellez; Cristina Stam
**Subject:** TV emailsRE: WHAT CASE? FW: TC's old emails

Maggie I can say for sure that I've never emailed Ivan and he has never emailed me. Usually went through Lorraine and occaisionally Susana (BUT aren't these all protected in any event?)

I have a few emails between my good friend Jaime and me and I will forward this afternoon

**From:** Maggie C. Crosby
**Sent:** Thursday, June 14, 2012 10:54 AM
**To:** Terrence Collingsworth
**Subject:** RE: WHAT CASE? FW: TC's old emails

Hi Terry,
The emails that I need to pull are:
- All your communication with Ivan Otero (oteromivan@hotmail.com)
- All your communication with Jaime (jblanco1999@yahoo.com) and any attached or linked documents that may be responsive.

Juan said that he can run master searches that would cover your IRAdvocates and C&S accounts. That would NOT include the emails that he has pulled and saved to your mac. He will help me perform the same searches on your mac.

Will you please "ok" this plan?

Maggie

**From:** Terrence Collingsworth
**Sent:** Thursday, June 14, 2012 10:36 AM
**To:** Maggie C. Crosby
**Subject:** WHAT CASE? FW: TC's old emails


**From:** Juan C. Rodriguez
**Sent:** Thursday, June 14, 2012 10:34 AM
**To:** Maggie C. Crosby; Terrence Collingsworth
**Subject:** RE: TC's old emails

Maggie, his old emails are in the mac.. can you provide me more information so I can help you?

Juan Carlos Rodriguez
Director of IT
**Conrad & Scherer, LLP**
633 South Federal Highway
Fort Lauderdale, Florida 33301
Office: (954)-847.3304
Fax: (954)-867-7961
Email: Jcrodriguez@conradscherer.com

**From:** Maggie C. Crosby
**Sent:** Thursday, June 14, 2012 10:33 AM
**To:** Juan C. Rodriguez
**Subject:** TC's old emails

Hi Juan,
I need to run searches through Terry's old emails to produce for defendants in a case. I know that you had had to pull them off and save them somewhere when his computer got switched over. What's the best way for me to run searches through ALL his old emails?
Maggie