# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| DRUMMOND COMPANY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No 2:11-cv-3695-RDP |
| ) | |
| TERRENCE P. COLLINGSWORTH, et al., ) | |
| ) | |
| Defendants. ) | |
| | |
| ) | **OPPOSED** |
| DRUMMOND COMPANY, INC., et al., ) | |
| ) | |
| Plaintiffs, ) | Case No 2:15-cv-0506-RDP |
| ) | |
| v. ) | |
| ) | |
| TERRENCE P. COLLINGSWORTH, et al., ) | |
| ) | |
| Defendants. ) | |

## MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE

Defendants Conrad & Scherer, LLP, William R. Scherer, Jr., International Rights Advocates, and Terrence Collingsworth ("Defendants")[1] respectfully request that the Court extend the existing dispositive motion deadline in these cases by three weeks. In support of this motion, Defendants states as follows:

1. The dispositive motion deadline in these cases is May 24, 2024. *RICO* Doc. 242; *Defamation* Doc. 748. Under Appendix II ("Summary Judgment Requirements"), responses to dispositive motions are due on June 14, 2024, and replies to dispositive motions are due on June 28, 2024. *Id.* at 1.

---

[1] Mr. Scherer and International Rights Advocates are defendants in the *RICO* case only.

2.	The dispositive motion deadline was proposed by the Special Master and the parties following a conference they held pursuant to the Court's instructions during the August 16, 2023 hearing. *Defamation* Doc. 746 (Hr'g Tr.); *Defamation* Doc. 748 (Report of Special Master on Amended Scheduling Order).

3.	When the parties negotiated the schedule they proposed in August 2023, Defendants were scheduled to be in trial in January 2024 in *In re: Chiquita Brands International, Inc., Alien Tort Statute and Shareholder Derivative Litigation*, Case No. Case No. 08-01916-MDMARRA/ JOHNSON (S.D. Fla.), a consolidated multidistrict litigation in which Defendants represent several plaintiffs.

4.	Since the Court entered the operative scheduling order establishing May 24, 2024, as the dispositive motion deadline, two significant events have occurred which Defendants respectfully submit constitute good cause for a short extension of the dispositive motion deadline.

5.	First, in December 2023, the *Chiquita* court reset the scheduled January 2024 trial to April 2024. *See* Ex. 1 (*Chiquita* Doc. 3543).  Jury selection in that trial began two days ago on April 24, Ex. 2 (Chiquita Doc. 3670), and the court has allotted six weeks for the trial, so it will likely run into June. Thus, the current dispositive motion deadline falls almost in the middle of Defendants' six-week trial, which they could not have predicted when they negotiated the current dispositive motion deadline in August 2023.

6.	Second, on February 15, 2024, Drummond filed a sixty-page renewed motion for sanctions (with 134 exhibits) in the *Defamation* case, *Defamation* Doc. 775, and a separate spoliation motion in the *RICO* case, *RICO* Doc. 278. Defendants' responses to Drummond's sanctions and spoliation motions are due on May 1, 2024. Defendants had no control over the

timing of these filings and have had to devote significant time and resources to responding to them that otherwise could have been devoted to meeting the May 24 dispositive motion deadline.

7.     Defendants are fully cognizant of the Court's desire to bring these cases to a close, they have made these cases a priority, and they are not seeking extensions of any other case deadlines. Standing alone, neither the rescheduling of Defendants' *Chiquita* trial nor Drummond's strategically-timed sanctions and spoliation motions would likely have prompted Defendants to seek an extension of the dispositive motion deadline. Together, however, Defendants respectfully submit they constitute good cause for a short extension of the dispositive motion deadline.[2]

8.     A three-week extension of the dispositive motion deadline to June 14, 2024, would make responses due on July 5, 2024, and replies due on July 19, 2024.

9.     Counsel for Conrad & Scherer has conferred with counsel for Drummond, which opposes the motion for the reasons set forth in Exhibit 3.

WHEREFORE, Defendants request a three-week extension of the dispositive motion deadline and associated briefing schedule.

DATED: April 26, 2024                                        Respectfully submitted,

*s/ William T. Paulk*
Robert K. Spotswood
Michael T. Sansbury
William T. Paulk
SPOTSWOOD SANSOM & SANSBURY LLC
505 20th Street North, Suite 700
Birmingham, AL 35203
Phone (205) 986-3620
Fax (205) 986-3639
rks@spotswoodllc.com
msansbury@spotswoodllc.com
wpaulk@spotswoodllc.com

---

[2] To further complicate matters, today Drummond filed a preemptive, and premature, motion to exclude Jaime Blanco's deposition testimony, despite the fact that Defendants have represented they are continuing to try to reschedule his deposition and the trial of this matter is not set until November. Defendants will also now have to respond to that motion.

*Attorneys for Defendants Conrad & Scherer, LLP and William R. Scherer, Jr.*

*s/ Terrence P. Collingsworth (with permission)*
Terrence P. Collingsworth (D.C. Bar No. 471830)
INTERNATIONAL RIGHTS ADVOCATES
621 Maryland Avenue, NE
Washington, D.C. 20002
Telephone: (202) 543-5811
tc@iradvocates.org

*Counsel for Terrence P. Collingsworth and International Rights Advocates*

## **CERTIFICATE OF SERVICE**

I certify that on April 26, 2024, I filed the foregoing electronically with the Clerk of Court using the CM/ECF system, which will automatically serve all counsel of record and *pro se* parties.

*s/ William T. Paulk*
William T. Paulk
