FILED

2024 Apr–26  AM 11:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 1

APPEAL,BER,MDL,MEDIATION,REF_EVENTS ONLY (NEFs),REF_RR,STAYED

# U.S. District Court
# Southern District of Florida (Ft Lauderdale)
# CIVIL DOCKET FOR CASE #: 0:08−md−01916−KAM

In Re: Chiquita Brands International, Inc., Alien Tort Statute and Shareholders Derivative Litigation
Assigned to: Judge Kenneth A. Marra
Referred to: Magistrate Judge Bruce E. Reinhart
Case in other court:  USCA, 12−14898−BB
         USCA, 12−90020−B
         USCA, 19−11494−B
         19−13926−C
         19−13926−C
         19−13928−C
         USCA, 19−13929−C
         USCA, 20−14238−RR
         USCA, 21−10211−HH
         22−10261−A
         USCA, 23−13352−D
         USCA, 24−10191−D
Cause: 28:1407 Multidistrict Litigation

Date Filed: 02/20/2008
Jury Demand: Defendant
Nature of Suit: 360 P.I.: Other
Jurisdiction: Diversity

| Date Filed | # | Docket Text |
|---|---|---|
| 12/04/2023 | 3543 | PAPERLESS Minute Entry for proceedings held before Judge Kenneth A. Marra: Zoom Status Conference held on 12/4/2023. January jury trial will be reset to April 2024 and second trial to be set in July 2024. Total time in court: 15 minutes. Attorney Appearance(s): John Scarola, Paul David Wolf, Michael L. Cioffi. Court Reporter: Jill Wells, 305−523−5158 / Jill_Wells@flsd.uscourts.gov. (ir) (Entered: 12/04/2023) |