FILED
2024 Apr–26 AM 11:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 2

APPEAL,BER,MDL,MEDIATION,REF_EVENTS ONLY (NEFs),REF_RR,STAYED

# U.S. District Court
## Southern District of Florida (Ft Lauderdale)
### CIVIL DOCKET FOR CASE #: 0:08-md-01916-KAM

| | |
|---|---|
| In Re: Chiquita Brands International, Inc., Alien Tort Statute and Shareholders Derivative Litigation | Date Filed: 02/20/2008 |
| Assigned to: Judge Kenneth A. Marra | Jury Demand: Defendant |
| Referred to: Magistrate Judge Bruce E. Reinhart | Nature of Suit: 360 P.I.: Other |
| | Jurisdiction: Diversity |

Case in other court:  USCA, 12-14898-BB
USCA, 12-90020-B
USCA, 19-11494-B
19-13926-C
19-13926-C
19-13928-C
USCA, 19-13929-C
USCA, 20-14238-RR
USCA, 21-10211-HH
22-10261-A
USCA, 23-13352-D
USCA, 24-10191-D

Cause: 28:1407 Multidistrict Litigation

| Date Entered | # | Docket Text |
|---|---|---|
| 04/25/2024 | 3670 | PAPERLESS Minute Entry for proceedings held before Judge Kenneth A. Marra: Jury Selection/Voir Dire held on 4/24/2024. Voir Dire continued to 4/25/24. Total time in court: 5 hour(s). Attorney Appearance(s): John Scarola, James Kellogg Green, William R. Scherer, Victoria Mesa-Estrada, Richard Herz, Marco Simons, Wyatt Gjullin, Marissa Vahlsing, Leslie Mitchell Kroeger, Eric James Hager, Paul David Wolf, Jonathan C. Reiter, Frank A. Dante, Melissa Fundora Murphy, Serena S. Gopal, Michael L. Cioffi, Court Reporter: Jill Wells, 305-523-5158 / Jill_Wells@flsd.uscourts.gov. (ir) (Entered: 04/25/2024) |
| 04/25/2024 | 3671 | PAPERLESS Minute Entry for proceedings held before Judge Kenneth A. Marra: Continuation of Jury Selection/Voir Dire held on 4/25/2024. Voir Dire continued to 4/26/24. Total time in court: 4 hour(s) : 30 minutes. Attorney Appearance(s): John Scarola, James Kellogg Green, William R. Scherer, Victoria Mesa-Estrada, Richard Herz, Wyatt Gjullin, Marissa Vahlsing, Leslie Mitchell Kroeger, Eric James Hager, Paul David Wolf, Jonathan C. Reiter, Frank A. Dante, Melissa Fundora Murphy, Serena S. Gopal, Gabriela Paola Valentin Diaz, Michael L. Cioffi, William Wichman, Mary Jordan, Nicholas Jacques. Court Reporter: Jill Wells, 305-523-5158 / Jill_Wells@flsd.uscourts.gov. (ir) (Entered: 04/25/2024) |