FILED
2024 Apr-26  AM 11:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

**William Paulk**

| | |
|---|---|
| **From:** | Trey Wells <TWells@starneslaw.com> |
| **Sent:** | Thursday, April 25, 2024 4:41 PM |
| **To:** | William Paulk; Terrence Collingsworth |
| **Cc:** | Brown, Mike; Ben Presley; Tony Davis; Bob Spotswood; Anil Mujumdar;  Iván Alfredo Otero Mendoza (oteromivan@hotmail.com) ; Albert@vanbilderbeek.com; Miller, Carly |
| **Subject:** | RE: Drummond Company, Inc., et al. v. Terrence P. Collingsworth, et al. (2:15-cv-00506-RDP) |
| **Attachments:** | Discovery deadline issues |

William,

When the parties last requested an extension of the scheduling order, Judge Proctor was very displeased and stated he was "furious" that the October 31, 2023 discovery cutoff was not going to be met.  He then directed the Special Master to confer with the parties and propose "some deadlines that **will be the final deadlines that we move toward to resolve this case**."  Aug. 16, 2023 Hrg. Tr.  The Special Master did just that, and Judge Proctor entered an amended scheduling order, the first paragraph of which states:  "**THE PARTIES SHOULD NOT EXPECT THAT THE COURT WILL EXTEND <u>ANY</u> FURTHER DEADLINES.**"

When the parties sought guidance from Judge Proctor as to whether agreed-upon discovery could continue beyond the January 26 cutoff, the Special Master advised that Judge Proctor was ok with that "as long as we are not interfering with any dispositive motions deadlines." (See attached).  To be clear, we have never agreed to taking testimony of any imprisoned Colombian witness beyond the discovery cutoff.

You also failed to commit below to any date beyond which testimony can no longer be taken, which, combined with your statements during the last telephone conference with the Court that C&S desired to continue taking testimony even after the summary judgment deadline, indicates that C&S intends to continue taking testimony regardless of any deadlines.

For all of these reasons, we will oppose the motion to amend the scheduling order again.



H. Thomas Wells, III - Attorney
100 Brookwood Place, 7th Floor
Birmingham, AL 35209
(205) 868-6083 - Fax: (205) 868-6099
www.starneslaw.com



NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information and/or protected health information (PHI) intended solely for the use of the recipients named above. If you are the intended recipient, please be aware that forwarding this message to others may result in a waiver of these privileges. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by telephone at (205) 868-6000 and permanently delete this email and any attachments, including all copies and backups thereof. Thank you.

**From:** William Paulk <wpaulk@spotswood.com>
**Sent:** Wednesday, April 24, 2024 5:37 PM
**To:** Trey Wells <TWells@starneslaw.com>; Terrence Collingsworth <tc@iradvocates.org>
**Cc:** Brown, Mike <mbrown@bradley.com>; Ben Presley <bpresley@starneslaw.com>; Tony Davis <TDavis@starneslaw.com>; Bob Spotswood <rks@spotswood.com>; Anil Mujumdar <anil@dagneylaw.com>; Iván Alfredo Otero Mendoza (oteromivan@hotmail.com) <oteromivan@hotmail.com>; Albert@vanbilderbeek.com; Miller, Carly <CaMiller@bradley.com>
**Subject:** RE: Drummond Company, Inc., et al. v. Terrence P. Collingsworth, et al. (2:15-cv-00506-RDP)

Trey,

We are not requesting an extension of the discovery cutoff, which has long passed. But there are outstanding discovery tasks and issues that both sides had underway before the cutoff that need to be wrapped up (including Drummond's document production, about which we will be in touch after May 1).

We have not previously shared the concerns raised by Blanco because we hoped they would not stand as an obstacle to rescheduling his deposition. In light of your demand to get you a date within three business days, we felt it was appropriate to raise the issue now and explain why rescheduling his deposition has been difficult. My email did not say anything about the source of the threats, and that was intentional. I am informed that, since his deposition, Blanco has made written requests for enhanced security measures to both the Fiscalia and the JEP. You will need to ask Blanco for any other details about his hesitation in sitting for another deposition. We will continue working on dates.

Please let me know by close of business tomorrow if Drummond will agree to a three-week extension of the summary judgment briefing deadlines (for motions, responses, and replies).

William

**From:** Trey Wells <TWells@starneslaw.com>
**Sent:** Wednesday, April 24, 2024 3:10 PM
**To:** William Paulk <wpaulk@spotswood.com>; Terrence Collingsworth <tc@iradvocates.org>
**Cc:** Brown, Mike <mbrown@bradley.com>; Ben Presley <bpresley@starneslaw.com>; Tony Davis <TDavis@starneslaw.com>; Bob Spotswood <rks@spotswood.com>; Anil Mujumdar <anil@dagneylaw.com>; Iván Alfredo Otero Mendoza (oteromivan@hotmail.com) <oteromivan@hotmail.com>; Albert@vanbilderbeek.com; Miller, Carly <CaMiller@bradley.com>
**Subject:** RE: Drummond Company, Inc., et al. v. Terrence P. Collingsworth, et al. (2:15-cv-00506-RDP)

William,
We have several questions about the below that we need answered so that Drummond can make an informed decision:

1. To be clear, Defendants are requesting an extension of the discovery cutoff, not just an extension of the summary judgment deadline, correct?
2. What is Defendants' position on when the discovery cutoff is currently and when are they seeking to extend it to?  By this, we mean the point at which no further testimony can be taken (because obviously the discovery cutoff in the scheduling order was January 26, 2024).
3. Despite us asking Defendants for dates for Blanco since December, this is the first time there has been any mention of supposed "threats."
   a. Are Defendants suggesting Drummond has threatened Blanco AFTER Defendants already completed their direct examination but BEFORE Drummond has had the opportunity to ask him any questions?
   b. Where is this information coming from?
   c. If there is any evidence whatsoever of any supposed threats, whether of the threats themselves or reports to Colombian authorities regarding the threats, please produce it as this is a very serious accusation that we are confident has no basis in fact.



H. Thomas Wells, III - Attorney
100 Brookwood Place, 7th Floor
Birmingham, AL 35209
(205) 868-6083 - Fax: (205) 868-6099
www.starneslaw.com



NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information and/or protected health information (PHI) intended solely for the use of the recipients named above. If you are the intended recipient, please be aware that forwarding this message to others may result in a waiver of these privileges. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by telephone at (205) 868-6000 and permanently delete this email and any attachments, including all copies and backups thereof. Thank you.

**From:** William Paulk <wpaulk@spotswood.com>
**Sent:** Wednesday, April 24, 2024 8:34 AM
**To:** Trey Wells <TWells@starneslaw.com>; Terrence Collingsworth <tc@iradvocates.org>
**Cc:** Brown, Mike <mbrown@bradley.com>; Ben Presley <bpresley@starneslaw.com>; Tony Davis <TDavis@starneslaw.com>; Bob Spotswood <rks@spotswood.com>; Anil Mujumdar <anil@dagneylaw.com>; Iván Alfredo Otero Mendoza <oteromivan@hotmail.com> <oteromivan@hotmail.com>; Albert@vanbilderbeek.com; Miller, Carly <CaMiller@bradley.com>
**Subject:** RE: Drummond Company, Inc., et al. v. Terrence P. Collingsworth, et al. (2:15-cv-00506-RDP)

Trey,

Defendants utilized the time they were allotted under the scheduling order for deposing Blanco. To our knowledge, Drummond did not make any special arrangements to account for the additional time it sought by cross-noticing the deposition. The insinuation in your email that Defendants are to blame for the deposition not being completed in December is unfounded.

With respect to continuing Blanco's deposition, rest assured Defendants are eager to do so. Our efforts to reschedule it, however, have been complicated by threats Blanco received after his December deposition. He is hesitant to sit for another deposition in light of these threats. I understand from Terry that Ivan Otero has asked Blanco for dates, and we will keep you posted.

With respect to the timing of Blanco's deposition, Defendants intend to file on Friday a motion seeking a three-week extension of the summary judgment briefing deadlines in light of the Chiquita trial that started today in which Terry and C&S are involved. The current summary judgment deadline falls almost directly in the middle of the 6-week period the Chiquita court has allotted for trial. Extending the summary judgment briefing schedule would give all parties time to complete Blanco's deposition (the scheduling of which is complicated, as noted above), Terry's deposition (regarding which there remains outstanding briefing before Judge Proctor), and the depositions of Mr. Ramirez and Mrs. Pendleton (whom we understand Drummond still intends to depose). We have been waiting to seek an extension to ensure there was no last-minute continuation of the Chiquita trial, which there has not been. **Please let us know by close of business tomorrow (Thursday, 4/25) whether Drummond intends to oppose Defendants' motion**.

Finally, please be advised that we are continuing to seek Mancuso's cooperation for sitting for a deposition in Colombia. If he agrees to do so, we plan to take his deposition and would do our best to coordinate that deposition with the continuation of Blanco's deposition.

William

---

**From:** Trey Wells <TWells@starneslaw.com>
**Sent:** Monday, April 22, 2024 4:50 PM
**To:** Terrence Collingsworth <tc@iradvocates.org>
**Cc:** Brown, Mike <mbrown@bradley.com>; Ben Presley <bpresley@starneslaw.com>; Tony Davis <TDavis@starneslaw.com>; Bob Spotswood <rks@spotswood.com>; William Paulk <wpaulk@spotswood.com>; Anil Mujumdar <anil@dagneylaw.com>; Iván Alfredo Otero Mendoza (oteromivan@hotmail.com) <oteromivan@hotmail.com>; Albert@vanbilderbeek.com; Miller, Carly <CaMiller@bradley.com>
**Subject:** RE: Drummond Company, Inc., et al. v. Terrence P. Collingsworth, et al. (2:15-cv-00506-RDP)

Defendants' counsel,
Defendants scheduled a single day for Blanco's deposition on December 11, 2023, and then proceeded to question him until after 5pm at which time both the witness and the interpreter expressed concern over their ability to continue for the amount of time that would be needed for cross-examination. All parties agreed on the record to find another date to complete Mr. Blanco's deposition.

- We asked Defendants for possible dates on Dec. 19, 2023, and were told on Jan. 4 that the date was possibly going to be Feb. 6 or 7.
- We followed up on Jan. 22, and were told Defendants would get back to us on a date.
- Having received no response, we followed up again on Feb. 22, and again asked for potential dates and stated our position that Blanco's testimony would be inadmissible without us having an opportunity to cross-examine. We have received no response whatsoever to that request.

We are preparing to file a motion to exclude Blanco's testimony, but did not want to file it if there was a proposed date that had for some reason not been communicated to us. We plan to file the motion by the end of this week. If we do not have a date confirmed for Blanco's continued deposition (that is at least 2 weeks prior to the dispositive motion deadline) by close of business this Thursday, we will proceed with filing our motion Friday.



H. Thomas Wells, III - Attorney
100 Brookwood Place, 7th Floor
Birmingham, AL 35209
(205) 868-6083 - Fax: (205) 868-6099
www.starneslaw.com



NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information and/or protected health information (PHI) intended solely for the use of the recipients named above. If you are the intended recipient, please be aware that forwarding this message to others may result in a waiver of these privileges. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by telephone at (205) 868-6000 and permanently delete this email and any attachments, including all copies and backups thereof. Thank you.

---

**From:** Trey Wells
**Sent:** Thursday, February 22, 2024 1:39 PM
**To:** Terrence Collingsworth <tc@iradvocates.org>

**Cc:** Brown, Mike <mbrown@bradley.com>; Ben Presley <bpresley@starneslaw.com>; Tony Davis <TDavis@starneslaw.com>; Bob Spotswood <rks@spotswood.com>; William Paulk <wpaulk@spotswood.com>; Anil Mujumdar <anil@dagneylaw.com>; Iván Alfredo Otero Mendoza (oteromivan@hotmail.com) <oteromivan@hotmail.com>; Albert@vanbilderbeek.com; Miller, Carly <CaMiller@bradley.com>
**Subject:** RE: Drummond Company, Inc., et al. v. Terrence P. Collingsworth, et al. (2:15-cv-00506-RDP)

Defendants, please provide an update on the completion of Blanco's deposition.  We have not had an opportunity to cross-examine, and it is our position the testimony would be inadmissible without us having such an opportunity.
Thanks,
Trey

**From:** Terrence Collingsworth <tc@iradvocates.org>
**Sent:** Monday, January 22, 2024 1:09 PM
**To:** Trey Wells <TWells@starneslaw.com>
**Cc:** Brown, Mike <mbrown@bradley.com>; Ben Presley <bpresley@starneslaw.com>; Tony Davis <TDavis@starneslaw.com>; Bob Spotswood <rks@spotswood.com>; William Paulk <wpaulk@spotswood.com>; Anil Mujumdar <anil@dagneylaw.com>; Iván Alfredo Otero Mendoza (oteromivan@hotmail.com) <oteromivan@hotmail.com>; Albert@vanbilderbeek.com; Miller, Carly <CaMiller@bradley.com>
**Subject:** RE: Drummond Company, Inc., et al. v. Terrence P. Collingsworth, et al. (2:15-cv-00506-RDP)

We have made the inquiry. I was told Jaime was traveling and would get back to us soon. Terry

**From:** Trey Wells <TWells@starneslaw.com>
**Sent:** Monday, January 22, 2024 1:10 PM
**To:** Terrence Collingsworth <tc@iradvocates.org>
**Cc:** Brown, Mike <mbrown@bradley.com>; Ben Presley <bpresley@starneslaw.com>; Tony Davis <TDavis@starneslaw.com>; Bob Spotswood <rks@spotswood.com>; William Paulk <wpaulk@spotswood.com>; Anil Mujumdar <anil@dagneylaw.com>; Iván Alfredo Otero Mendoza (oteromivan@hotmail.com) <oteromivan@hotmail.com>; Albert@vanbilderbeek.com; Miller, Carly <CaMiller@bradley.com>
**Subject:** RE: Drummond Company, Inc., et al. v. Terrence P. Collingsworth, et al. (2:15-cv-00506-RDP)

Defendants, please provide an update on the continuation of Jaime Blanco's deposition.  Obviously with the travel involved, everyone will need as much advance notice as possible.
Thank you,
Trey



H. Thomas Wells, III - Attorney
100 Brookwood Place, 7th Floor
Birmingham, AL 35209
(205) 868-6083 - Fax: (205) 868-6099
www.starneslaw.com



NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information and/or protected health information (PHI) intended solely for the use of the recipients named above. If you are the intended recipient, please be aware that forwarding this message to others may result in a waiver of these privileges. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this

message or its attachments is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by telephone at (205) 868-6000 and permanently delete this email and any attachments, including all copies and backups thereof. Thank you.

---

**From:** Terrence Collingsworth <tc@iradvocates.org>
**Sent:** Thursday, January 4, 2024 7:32 AM
**To:** Trey Wells <TWells@starneslaw.com>
**Cc:** Brown, Mike <mbrown@bradley.com>; Ben Presley <bpresley@starneslaw.com>; Tony Davis <TDavis@starneslaw.com>; Bob Spotswood <rks@spotswood.com>; William Paulk <wpaulk@spotswood.com>; Anil Mujumdar <anil@dagneylaw.com>; Iván Alfredo Otero Mendoza (oteromivan@hotmail.com) <oteromivan@hotmail.com>; Albert@vanbilderbeek.com; Miller, Carly <CaMiller@bradley.com>
**Subject:** RE: Drummond Company, Inc., et al. v. Terrence P. Collingsworth, et al. (2:15-cv-00506-RDP)

To preclude any further communications with Drummond counsel for the next few weeks, let me be as clear as possible. My Mother just died and, due to her multistate connections, we will be having funeral services on January 9 and January 12 in different locations. This means:

- ■ I will NOT be communicating regarding outstanding discovery or scheduling issues until after my Mother's funeral.
- ■ I will NOT be supplementing my discovery responses by January 3, 2024, as (unreasonably) requested in Ben Presley's December 22, 2023, letter to me. I will endeavor to do so by January 31, 2024, well before my deposition.
- ■ I provided two sets of dates in February (Feb 22-23 OR Feb 20-21) for my deposition that Judge Proctor was also available. We need to firm that up. Once the dates are confirmed, Drummond counsel needs to inform me who to deal with to have Drummond make my travel arrangements for my involuntary trip to Birmingham.
- ■ Ivan Otero will check with and confirm a date to finish Jaime Blanco's deposition. Due to Mr. Blanco's need to testify in Drummond's criminal trial in Colombia, I believe he was looking to February 6 or 7, but we will confirm this.

Terry

---

**From:** Terrence Collingsworth
**Sent:** Wednesday, January 3, 2024 6:47 PM
**To:** Trey Wells <TWells@starneslaw.com>
**Cc:** Brown, Mike <mbrown@bradley.com>; Ben Presley <bpresley@starneslaw.com>; Tony Davis <TDavis@starneslaw.com>; Bob Spotswood <rks@spotswood.com>; William Paulk <wpaulk@spotswood.com>; Anil Mujumdar <anil@dagneylaw.com>; Iván Alfredo Otero Mendoza (oteromivan@hotmail.com) <oteromivan@hotmail.com>; Albert@vanbilderbeek.com; Miller, Carly <CaMiller@bradley.com>
**Subject:** Re: Drummond Company, Inc., et al. v. Terrence P. Collingsworth, et al. (2:15-cv-00506-RDP)

I gave you my available dates.
Terry Collingsworth
202-543-5811
202-255-2198 (cell)


On Jan 3, 2024, at 6:07 PM, Trey Wells <TWells@starneslaw.com> wrote:


Terry, given all the schedules involved, and the number of dates Judge Proctor provided, we need to know all your availability in the proposed dates.  For example, you were previously scheduled for trial from mid-January to mid-February which has now been continued, so it seems improbable you would have no availability in that time frame.  Please provide all possibilities so we can get this confirmed with all involved and get back to Judge Proctor.
Thanks,
Trey

<0.png>
H. Thomas Wells, III - Attorney
100 Brookwood Place, 7th Floor
Birmingham, AL 35209
(205) 868-6083 - Fax: (205) 868-6099
www.starneslaw.com

<1.png>

NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information and/or protected health information (PHI) intended solely for the use of the recipients named above. If you are the intended recipient, please be aware that forwarding this message to others may result in a waiver of these privileges. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by telephone at (205) 868-6000 and permanently delete this email and any attachments, including all copies and backups thereof. Thank you.

**From:** Terrence Collingsworth <tc@iradvocates.org>
**Sent:** Tuesday, January 2, 2024 11:44 AM
**To:** Brown, Mike <mbrown@bradley.com>
**Cc:** Ben Presley <bpresley@starneslaw.com>; Tony Davis <TDavis@starneslaw.com>; Trey Wells <TWells@starneslaw.com>; Bob Spotswood <rks@spotswood.com>; William Paulk <wpaulk@spotswood.com>; Anil Mujumdar <anil@dagneylaw.com>; Iván Alfredo Otero Mendoza (oteromivan@hotmail.com) <oteromivan@hotmail.com>; Albert@vanbilderbeek.com; Miller, Carly <CaMiller@bradley.com>
**Subject:** Re: Drummond Company, Inc., et al. v. Terrence P. Collingsworth, et al. (2:15-cv-00506-RDP)

Thanks Mike and Happy New Year.
My preference is Feb 22-23.
Feb 20-21 are also possible. Cheers
Terry Collingsworth
202-543-5811
202-255-2198 (cell)


On Jan 2, 2024, at 12:25 PM, Brown, Mike <mbrown@bradley.com> wrote:


All:
Happy New Year to you.
I spoke to Judge Proctor's office this morning.
In addition to January 8,9 and 10, Judge has available January 22, 23, 29, 30 and 31
Also February 7,8,9, 12, 14, 16, 20, 21, 22 and 23.
As for logistics, they would think that the deposition could be most easily done in the large 8th floor judicial conference room.
Out of courtesy to the Court, I think it would be good if you all would go ahead and lockdown the dates so that the Court can block out the conference room etc.

Thanks,
Mike

**T. Michael Brown**
Partner | Bradley
mbrown@bradley.com
d: 205.521.8462
c: 205-218-5035

---

**From:** Brown, Mike
**Sent:** Saturday, December 30, 2023 10:32 AM
**To:** Terrence Collingsworth <tc@iradvocates.org>
**Cc:** Ben Presley <bpresley@starneslaw.com>; Tony Davis <TDavis@starneslaw.com>; Trey Wells <TWells@starneslaw.com>; Bob Spotswood <rks@spotswood.com>; William Paulk <wpaulk@spotswood.com>; Anil Mujumdar <anil@dagneylaw.com>; Iván Alfredo Otero Mendoza (oteromivan@hotmail.com) <oteromivan@hotmail.com>; albert@vanbilderbeek.com; Miller, Carly <CaMiller@bradley.com>
**Subject:** Re: Drummond Company, Inc., et al. v. Terrence P. Collingsworth, et al. (2:15-cv-00506-RDP)

All Judge Proctor is still reviewing his calendar.
The earliest he could do would be January 8/9/10.
I hope to be back in touch Tuesday with more dates.
Mike

Sent from my iPhone

> On Dec 25, 2023, at 3:13 PM, Terrence Collingsworth <tc@iradvocates.org> wrote:
>
> Ben, appreciate the Christmas greeting. Attached please find our first request for production of documents to Drummond. Cheers, Terry
>
> ---
>
> **From:** Ben Presley <bpresley@starneslaw.com>
> **Sent:** Friday, December 22, 2023 12:52 PM
> **To:** Terrence Collingsworth <tc@iradvocates.org>
> **Cc:** Tony Davis <TDavis@starneslaw.com>; Trey Wells <TWells@starneslaw.com>; Bob Spotswood <rks@spotswood.com>; William Paulk <wpaulk@spotswood.com>; Anil Mujumdar <anil@dagneylaw.com>; Iván Alfredo Otero Mendoza (oteromivan@hotmail.com) <oteromivan@hotmail.com>; albert@vanbilderbeek.com; Brown, T. Michael <mbrown@bradley.com>; Miller, Carly <CaMiller@bradley.com>
> **Subject:** Drummond Company, Inc., et al. v. Terrence P. Collingsworth, et al. (2:15-cv-00506-RDP)
>
> Terry,
>
> Please see the attached letter and enclosed discovery requests.  Merry Christmas.

Benjamin Presley - Attorney
100 Brookwood Place, 7th Floor
Birmingham, AL 35209
(205) 868-6057 - Fax: (205) 868-6099
www.starneslaw.com

<image002.png>

NOTICE: This e-mail message and all attachments transmitted with it may contain legally privileged and confidential information and/or protected health information (PHI) intended solely for the use of the recipients named above. If you are the intended recipient, please be aware that forwarding this message to others may result in a waiver of these privileges. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying, or other use of this message or its attachments is strictly prohibited. If you have received this transmission in error, please notify the sender immediately by telephone at (205) 868-6000 and permanently delete this email and any attachments, including all copies and backups thereof. Thank you.

<12.25.23 TPC and IRA Defs 1st RFPs to Drummond.pdf>

Confidentiality Notice: This e-mail is from a law firm and may be protected by the attorney-client or work product privileges. If you have received this message in error, please notify the sender by replying to this e-mail and then delete it from your computer.

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.