# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **DRUMMOND COMPANY, INC. et al.,** | } | |
|     **Plaintiffs,** | } | |
| | } | |
| **v.** | } | |
| | } | |
| **TERRENCE P. COLLINGSWORTH,** | } | **Case No.: 2:11-cv-3695-RDP** |
| **et al.,** | } | |
| | } | |
|     **Defendants.** | } | |

| | | |
|---|---|---|
| **DRUMMOND COMPANY, INC., et al.,** | } | |
| | } | |
|     **Plaintiffs,** | } | |
| | } | |
| **v.** | } | **Case No.: 2:15-cv-506-RDP** |
| | } | |
| **TERRENCE P. COLLINGSWORTH, et al.,** | } | |
| | } | |
|     **Defendants.** | } | |

## **ORDER**

This matter is before the court on a Motion to Extend Dispositive Motion Deadline filed by Defendants Conrad & Scherer, LLP, William R. Scherer, Jr., International Rights Advocates, and Terrence Collingsworth ("Defendants"). (Case No.: 2:11-cv-3695-RDP, Doc. # 787; Case No.: 2:15-cv-506-RDP, Doc. # 291). In the Motion, Defendants request that the court extend the existing dispositive motion deadline in these cases by three weeks.

Plaintiffs Drummond Company, Inc. and Drummond Ltd., (collectively "Drummond") oppose the Motion. (Case No.: 2:11-cv-3695-RDP, Doc. # 796; Case No.: 2:15-cv-506-RDP, Doc. # 297). Drummond points out the court's recent frustration that discovery in this case has taken so

long and argue that Defendants real motivation is to obtain additional time to depose Colombian witnesses. Under the Amended Scheduling Orders in these cases, "[f]or depositions of witnesses who may be currently unavailable [*i.e.*, witnesses in Colombia], if the witness becomes available at least two weeks prior to the dispositive motions deadline, the parties may depose the witness." Id. at ¶ 3.

In reply, Defendants implicitly admit that they also seek an extension of this deadline. (Case No.: 2:11-cv-3695-RDP, Doc. # 797 at 3; Case No.: 2:15-cv-506-RDP, Doc. # 299 at 3).

The Motion to Extend Dispositive Motion Deadline (Case No.: 2:11-cv-3695-RDP, Doc. # 787; Case No.: 2:15-cv-506-RDP, Doc. # 291) is **GRANTED.** All potentially dispositive motions **SHALL** be filed by **June 14, 2024.** Responses **SHALL** be filed by **July 5, 2024**, and replies **SHALL** be filed by **July 19, 2024**. The related two week cutoff to take depositions for use in relation to briefing on dispositive motions is similarly extended.

The court notes that, unless Jaime Blanco Maya's deposition is **COMPLETED** (*i.e.* Drummond is able to cross-examine him with regard to his recent letters rogatory deposition) within this time frame, Blanco's testimony **SHALL NOT** be used in relation to dispositive motions. The court reserves the issue of Drummond's Motion To Exclude Blanco's Testimony for other purposes for after completion of briefing on the Motion.

**DONE** and **ORDERED** this May 6, 2024.

_R. David Proctor_
**R. DAVID PROCTOR**
CHIEF U.S. DISTRICT JUDGE