FILED
2024 May-10  PM 04:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 2

CONFIDENTIAL

Page 1

1        IN THE UNITED STATES DISTRICT COURT

2        FOR THE NORTHERN DISTRICT OF ALABAMA

3                 SOUTHERN DIVISION

4    DRUMMOND COMPANY, INC.,

5          Plaintiff,

6    Vs.                    2:11-CV-3596 RDP

7    TERRENCE P. COLLINGSWORTH,

8    et al.,

9          Defendants.

10          ***

11   DRUMMOND COMPANY, INC.

12   et al.,

13   Vs.

14   TERRENCE P. COLLINGSWORTH,

15   et al.,

16                CONFIDENTIAL

17      DEPOSITION OF JAIME BLANCO MAYA

18             DECEMBER 11, 2023

19

20               STIPULATION

21      IT IS STIPULATED AND AGREED, by and

22   between the parties through their respective

23   counsel, that the deposition of JAIME BLANCO

CONFIDENTIAL

Page 2

1    MAYA, taken before Susan Masters Goldman,

2    Alabama Certified Court Reporter, License

3    Number 83, and Notary Public, at Grand Hyatt

4    Bogota, Calle 24 A #57 - 60, Bogata, Colombia

5    111321, on December 11, 2023, at or about

6    9:33 a.m.

7            IT IS FURTHER STIPULATED AND AGREED

8    that the signature to and the reading of the

9    deposition by the witness is waived, the

10   deposition to have the same force and effect

11   as if full compliance had been had with all

12   laws and rules of Court relating to the

13   taking of deposition.

14           IT IS FURTHER STIPULATED AND AGREED

15   that it shall not be necessary for any

16   objections to be made by counsel as to any

17   questions, except as to form or leading

18   questions, and that counsel for the parties

19   may make objections and assign grounds at the

20   time of the trial, or at the time said

21   deposition is offered in evidence, or prior

22   thereto.

23           IT IS FURTHER STIPULATED AND AGREED

CONFIDENTIAL

Page 3

1   that notice of the filing of the deposition

2   by the Commissioner is waived.

3

4                        INDEX

5   EXAMINATION BY                    PAGE NO.

6   Mr. Paulk                         12

7   Mr. Collingsworth                 139

8

9                       EXHIBITS

10  DEFENDANT'S EXHIBIT NO:           PAGE

11  Exhibit 1   Statement             31

12  Exhibit 2   E-mail                33

13  Exhibit 3   Contract              47

14  Exhibit 4   Offer                 47

15  Exhibit 5   Offer                 48

16  Exhibit 6   Contract              48

17  Exhibit 7   Letter                71

18  Exhibit 8   Agreement             97

19  Exhibit 9   Declaration           102

20  Exhibit 10  Sentencing Document   106

21  Exhibit 11  Plea Document         114

22  Exhibit 12  10/15 Report          118

23  Exhibit 13  Judicial Police Report 119

CONFIDENTIAL

1    EXHIBITS CONTINUED:

2    Exhibit 14   Reports                 125

3    Exhibit 15   Document                125

4    Exhibit 16   JEP Document            126

5    Exhibit 17   Resolution 5015         129

6    Exhibit 18   JEP Resolution          137

7    Exhibit 19   Video                   140

8    Exhibit 20   Resolution              146

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

CONFIDENTIAL

Page 5

```
 1              APPEARANCES
 2    BEFORE:
 3       Susan Masters Goldman, Alabama Certified
 4       Court Reporter, License Number 83, and
 5       Notary Public (Via Zoom)
 6    APPEARING ON BEHALF OF THE PLAINTIFFS:
 7       William Anthony Davis, III, Esq. (Via Zoom)
 8       H. Thomas Wells, III
 9       Benjamin T. Presley, Esq.
10       Blake Andrews, Esq.
11       Anna Katherine Sherman, Esq. (Via Zoom)
12       Starnes Davis & Florie, LLP
13       100 Brookwood Place, 7th Floor
14       Birmingham, Alabama 35209
15    APPEARING OF BEHALF OF THE DEFENDANT:
16       William T. Paulk, Esq.
17       Spotswood Sansom & Sansbury, LLC
18       700 Financial Center
19       Birmingham, Alabama 35203
20
21       Terrence P. Collingsworth Esq.
22       621 Maryland Avenue NE
23       Washington, D.C. 20002
```

CONFIDENTIAL

Page 6

```
 1   ALSO PRESENT VIA ZOOM:
 2        Gregg Holderman Concierge
 3        Claudia Villalbe, Interpreter
 4        Michail Yakovlev, Videographer
 5   ALSO PRESENT:
 6        Augusto Jimenez
 7        Jose Miguel Linares
 8        Maria Serna
 9        Ivan Otero
10        Juan Compo
11        Cesar Pinilla
12        Paula Cadavid
13        Eric Hager
14
15
16
17
18
19
20
21
22
23
```