# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| DRUMMOND COMPANY, INC., and DRUMMOND LTD., <br><br> Plaintiffs, <br><br> v. <br><br> TERRENCE P. COLLINGSWORTH, et al., <br><br> Defendants. | Case No. 2:15-cv-00506-RDP |

## CONRAD & SCHERER, LLP AND WILLIAM R. SCHERER, JR.'S EVIDENTIARY MATERIALS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Defendants Conrad & Scherer, LLP and William R. Scherer, Jr. submit the following revised chart of evidence supporting their motion for summary judgment, which includes the CM/ECF numbers of evidence cited in their motion. The chart is otherwise identical to the one they filed on June 14, 2024, Doc. 318.

| DX | Description | Public CM/ECF No. | Sealed CM/ECF No. |
|---|---|---|---|
| 1 | Declaration of William R. Scherer, Jr. | 318-1 | |
| 2 | William R. Scherer, Jr. Dep. Tr. (Sept. 28, 2022) | 318-2 | |
| 3 | Transcript of September 2, 2015 Hearing (*Defamation* Doc. 390) | 318-3 | |
| 4 | *Chiquita* Complaint (June 14, 2007) | 318-4 | |
| 5 | U.S. Dep't of State, Designation of a Foreign Terrorist Organization, 66 Fed. Reg. 47,054 (Sept. 10, 2001) | 318-5 | |

| 6 | Expert Report of Victoria Sanford, Ph.D | 318-6 | |
| --- | --- | --- | --- |
| 7 | U.S. Dep't of State, Remarks of Secretary Colin L. Powell, *Designation of the AUC as a Foreign Terrorist Organization* (Sept. 10, 2001) | 318-7 | |
| 8 | *Chiquita* Factual Proffer | 318-8 | |
| 9 | August 2, 1996 memorandum from Jim Adkins to Mike Tracy (Tracy Dep. Ex. 12) (TO BE FILED UNDER SEAL) | 318-9 | 322-1 |
| 10 | Composite Exhibit of Colombia Region Maps | 318-10 | |
| 11 | June 10, 2024 *Chiquita* Verdict Form | 318-11 | |
| 12 | October 2, 2013 email and memorandum from Terrence P. Collingsworth (CS_TC207831) | 318-12 | |
| 13 | October 2, 2013 email and memorandum from Terrence P. Collingsworth (CS_TC196158) | 318-13 | |
| 14 | Compilation of June 18, 2009, July 1, 2009, and November 22, 2014, emails from Terrence P. Collingsworth | 318-14 | |
| 15 | Defs.' First Am. & Supp. Resp. to Drummond's ROG Nos. 2 and 8 (*Defamation* Doc. 174-7) | 318-15 | |
| 16 | Compilation of April 5, 2011 email from Lorraine Leete and April 15, 2011 email from Richard Drath | 318-16 | |
| 17 | Defs.' Corrected Proposed Findings of Fact & Conclusions of Law (*Defamation* Doc. 282) | 318-17 | |
| 18 | Compilation of September 30, 2011 email from Terrence P. Collingsworth and November 18, 2011, email from Lorraine Leete | 318-18 | |
| 19 | February 7, 2011 email and notes from Terrence P. Collingsworth (CS_TC049189) | 318-19 | |
| 20 | Defs.' Third Am. Resp. to Drummond's ROG No. 2 | 318-20 | |
| 21 | Compilation of April 20, 2011, email from Terrence P. Collingsworth, April 25, 2011, email from Susana | 318-21 | |

|    |                                                                                                      |        |   |
|----|------------------------------------------------------------------------------------------------------|--------|---|
|    | Tellez, and June 7, 2011, emails from Victoria D. Ryan                                               |        |   |
| 22 | Terrence P. Collingsworth Dep. Tr. (February 20-21, 2024)                                            | 318-22 |   |
| 23 | April 9, 2009 FedPayments Manager Report (Drath Dep. Ex. 14)                                         | 318-23 |   |
| 24 | March 2, 2009 email and attachment from Terrence P. Collingsworth (Drath Dep. Ex. 9)                 | 318-24 |   |
| 25 | Compilation of March 20 and 27, 2009 emails from Terrence P. Collingsworth                           | 318-25 |   |
| 26 | March 14, 2014 email between Bradley J. Smith and Terrence P. Collingsworth (CS_TC126364)            | 318-26 |   |
| 27 | Compilation of C&S records (*Defamation* Doc. 790-39)                                                | 318-27 |   |
| 28 | July 6, 2012 email from Terrence P. Collingsworth (CS_TC050524)                                      | 318-28 |   |
| 29 | September 17, 2012 email and attachment from Terrence P. Collingsworth (CS_TC050837)                 | 318-29 |   |
| 30 | February 17, 2024 email from Terrence P. Collingsworth (CS_TC150277)                                 | 318-30 |   |
| 31 | Christian Levesque Dep. Tr. (Sept. 18, 2023)                                                         | 318-31 |   |
| 32 | Eric Hager Dep. Tr. (Dec. 14, 2023)                                                                  | 318-32 |   |
| 33 | Albert Frevola Dep. Tr. (Dec. 14, 2023)                                                              | 318-33 |   |
| 34 | Susana Tellez Dep. Tr. (Feb. 16, 2024)                                                               | 318-34 |   |
| 35 | Brad Smith Dep. Tr. (Nov. 21, 2023)                                                                  | 318-35 |   |
| 36 | Expert Report of Javier Pena                                                                         | 318-36 |   |
| 37 | Expert Report of Joseph Paonessa                                                                     | 318-37 |   |
| 38 | May 3, 2010 Attorney-Client Agreement between Terrence P. Collingsworth and Albert Van Bilderbeek (CS000891) | 318-38 |   |

| 39 | Declaration of Matthew Mantro | 318-39 | |
|---|---|---|---|
| 40 | August 26, 2010 email from Albert Van Bilderbeek (CSWRS-017301) | 318-40 | |
| 41 | December 21, 2010 email from Terrence P. Collingsworth (CS001028) | 318-41 | |
| 42 | January 18, 2011 correspondence from Terrence P. Collingsworth to the Dutch Government (DCI v. TC 000001) | 318-42 | |
| 43 | January 18, 2011 email and attachments from Terrence P. Collingsworth (IRA-010247) | 318-43 | |
| 44 | February 4, 2011 correspondence from Terrence P. Collingsworth to the Dutch Government (DCI v. TC 000040) | 418-44 | |
| 45 | June 17, 2011 email from Albert Van Bilderbeek (CS001034) | 318-45 | |
| 46 | Itochu Corp. Press Release (June 26, 2011) | 318-46 | |
| 47 | Compilation of NICOX agreements | 318-47 | |
| 48 | September 19, 2011 correspondence from Terrence P. Collingsworth to Masahiro Okafuji (CS_TC037648) | 318-48 | |
| 49 | August 25, 2015 email from Terrence P. Collingsworth (CS_TC065134) | 318-49 | |
| 50 | James Carroll Dep. Tr. (Jan. 25, 2023) | 318-50 | |
| 51 | Confidential billing spreadsheet (Carroll Dep. Ex. 2) | 318-51 | |
| 52 | May 23, 2012 email and attachment from James Carroll (Carroll Dep. Ex. 3) | 318-52 | |
| 53 | June 6, 2012 email and attachment from James Carroll (Carroll Dep. Ex. 18) | 318-53 | |
| 54 | July 23, 2019 email from James Carroll (Carroll Dep. Ex. 21) | 318-54 | |

| | | | |
|---|---|---|---|
| 55 | Drummond Resp. to Defs.' First ROG No. 8 (Dec. 22, 2023) | 318-55 | |
| 56 | Drummond's Supp. Rule 26(a) Initial Disclosures (Jan. 5, 2024) | 318-56 | |
| 57 | Expert Report of Pat Markey (TO BE FILED UNDER SEAL) | 318-57 | 322-2 |
| 58 | PAX Report "The Dark Side of Coal" (DCI v. TC 088280-421) | 318-58 | |
| 59 | Drummond's Renewed Motion for Letters Rogatory Request to PAX (*Defamation* Doc. 725) | 318-59 | |
| 60 | Drummond communications with PAX (DCI v. TC 002339 to 002341, 002526 to 002537) | 318-60 | |
| 61 | Court of the Hague "Disposition" (Mar. 28, 2024) | 318-61 | |
| 62 | June 28, 2010 EXPATICA article (DCI v. TC 088236) | 318-62 | |
| 63 | June 28, 2010 Both ENDS article (DCI v. TC 088238) | 318-63 | |
| 64 | April 26, 2013 email from Marco Missiroli (DCI v. TC 088492) | 318-64 | |
| 65 | May 2010 DanWatch report | 318-65 | |
| 66 | November 18, 2023 email from Joel Frijhoff (DCI v. TC 088568) | 318-66 | |
| 67 | July 2, 2014 email from Marco Missiroli (DCI v. TC 088518) | 318-67 | |
| 68 | May 2014 SOMO report | 318-68 | |
| 69 | 2016 PAX press release (DCI v. TC 088555) | 318-69 | |
| 70 | May 25, 2016 BankTrack article (DCI v. TC 088450) | 318-70 | |
| 71 | January 5, 2024 email from Paulo Gonzalez (DCI v. TC 088530) | 318-71 | |

| | | | |
|---|---|---|---|
| 72 | February 6, 2016 PAX article (DCI v. TC 088433) | 318-72 | |
| 73 | January 29, 2014 correspondence from Jan Gruiters to E.M.J. Ploumen (DCI v. TC 088422) | 318-73 | |
| 74 | February 22, 2001 Voluntary Principles on Security and Human Rights Sector/Embassy Meeting Agenda (Tracy Dep. Ex. 24) | 318-74 | |
| 75 | Voluntary Principles on Security and Human Rights (Linares Dep. Ex. 10) | 318-75 | |
| 76 | The Voluntary Principles on Security and Human Rights – United States Department of State (Tracy Dep. Ex. 22) | 318-76 | |
| 77 | Jose Miguel Linares Dep. Tr. (Nov. 28, 2023) | 318-77 | |
| 78 | Drummond Ltd. July 2022 Human Rights Policy (Tracy Dep. Ex. 27) | 318-78 | |
| 79 | Bettercoal Assessment Public Report: Drummond Ltd. | 318-79 | |
| 80 | November 20, 2014 email from Marco Missiroli (DCI v. TC 088488) | 318-80 | |
| 81 | January 5, 2024 email from Paulo Gonzalez (DCI v. TC 088526) | 318-81 | |
| 82 | Mike Tracy Dep. Tr. (Jan. 19, 2024) | 318-82 | |
| 83 | Compilation Exhibit of Drummond Expenses (TO BE FILED UNDER SEAL) | 318-83 | 322-3 |
| 84 | Compilation Exhibit of Excerpts of Drummond Financial Statements (TO BE FILED UNDER SEAL) | 318-84 | 322-4 |
| 85 | Data from 2016-2022 Drummond Ltd. Sustainability Reports (Tracy Dep. Ex. 1) | 318-85 | |
| 86 | March 2018 Goldman Sachs "Project Crimson" presentation (Tracy Dep. Ex. 19) (TO BE FILED UNDER SEAL) | 318-86 | 322-5 |
| 87 | Itochu Briefing | 318-87 | |

6

| 88 | Compilation Exhibit of Drummond's Attorney's Fees (TO BE FILED UNDER SEAL) | 318-88 | 322-6 |
|----|---|---|---|
| 89 | December 16, 2013 correspondence from Tony Davis to William P. Quigley and Maria LaHood (DCI v. TC 002333) | 318-89 | |

Dated: June 17, 2024

Respectfully submitted,

*s/ William T. Paulk*
Robert K. Spotswood
Michael T. Sansbury
William T. Paulk
SPOTSWOOD SANSOM & SANSBURY LLC
505 20th Street North, Suite 700
Birmingham, AL 35203
Phone (205) 986-3620
Fax (205) 986-3639
rks@spotswood.com
msansbury@spotswood.com
wpaulk@spotswood.com

*Attorneys for Defendants Conrad & Scherer, LLP & William R. Scherer, Jr.*

## **CERTIFICATE OF SERVICE**

   I certify that on June 17, 2024, I filed the foregoing electronically with the Clerk of Court using the CM/ECF system, which will automatically serve all counsel of record and *pro se* parties.

              s/ *William T. Paulk*
              William T. Paulk