# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| DRUMMOND COMPANY, INC., and DRUMMOND LTD., <br><br> Plaintiffs, <br><br> v. <br><br> TERRENCE P. COLLINGSWORTH, et al., <br><br> Defendants. | Case No. 2:15-cv-00506-RDP <br> ("*RICO*") |

## CONRAD & SCHERER, LLP'S MOTION FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT UNDER SEAL

Conrad & Scherer, LLP ("C&S") requests leave to file its motion for summary judgment under seal. The motion was filed on this date with redactions to evidence filed under seal at Doc. 322 pursuant to the Court's order at Doc. 320.

WHEREFORE, Conrad & Scherer respectfully requests that the Court GRANT it permission to file its motion for summary judgment under seal.

Dated: June 17, 2024

Respectfully submitted,

*s/ William T. Paulk*
Robert K. Spotswood
Michael T. Sansbury
William T. Paulk
SPOTSWOOD SANSOM & SANSBURY LLC
505 20th Street North, Suite 700
Birmingham, AL 35203
Phone (205) 986-3620
Fax (205) 986-3639
rks@spotswood.com
msansbury@spotswood.com
wpaulk@spotswood.com

2

*Attorneys for Defendant Conrad & Scherer, LLP*

## **CERTIFICATE OF SERVICE**

   I certify that on June 17, 2024, I filed the foregoing electronically with the Clerk of Court using the CM/ECF system, which will automatically serve all counsel of record and *pro se* parties.

                s/ *William T. Paulk*
                William T. Paulk