FILED

2024 Jun-21  AM 08:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| DRUMMOND COMPANY, INC., and DRUMMOND LTD., | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 2:15-cv-00506-RDP |
| v. | ) ) | ("*RICO*") |
| TERRENCE P. COLLINGSWORTH, et al., | ) ) | **UNOPPOSED** |
| Defendants. | ) ) | |

## UNOPPOSED MOTION FOR LEAVE TO SUBSTITUTE EXHIBIT OR, IN THE ALTERNATIVE, TO SEAL EXHIBIT

Conrad & Scherer, LLP ("C&S") respectfully requests leave to file a substitute, redacted version of DX 11, the jury verdict form in the *Chiquita case*, which C&S recently filed in support of its motion for summary judgment. *See* Doc. 318-11. After filing the exhibit, outside counsel for C&S became aware that an order in the *Chiquita* case prevents the parties and their counsel from publicly identifying the names of plaintiffs or financial information about them outside of that case. *See In re Chiquita Brands Int'l, Inc.*, 08-md-1916-KAM (S.D. Fla.), Doc. 3019. Although the verdict form was filed on the public docket in the *Chiquita* case, out of caution, C&S requests permission to substitute the current version of Doc. 318-11 with a redacted copy of DX 11.

In the alternative, if the Clerk of Court cannot substitute Doc. 318-11 with a redacted copy, C&S requests that the current version of Doc. 318-11 be sealed and that it be granted permission to file a redacted copy as a new exhibit.

Counsel for C&S has conferred with counsel for Drummond, and Drummond does not oppose this motion.

WHEREFORE, C&S respectfully requests that the Court permit it to submit a substitute, redacted version of DX 11 for filing at Doc. 318-11 or, in the alternative, to seal Doc. 318-11 and for permission to file a new redacted copy.

Dated: June 21, 2024

Respectfully submitted,

*s/ William T. Paulk*
Robert K. Spotswood
Michael T. Sansbury
William T. Paulk
SPOTSWOOD SANSOM & SANSBURY LLC
505 20th Street North, Suite 700
Birmingham, AL 35203
Phone (205) 986-3620
Fax (205) 986-3639
rks@spotswood.com
msansbury@spotswood.com
wpaulk@spotswood.com

*Attorneys for Defendant Conrad & Scherer, LLP*

## CERTIFICATE OF SERVICE

I certify that on June 21, 2024, I filed the foregoing electronically with the Clerk of Court using the CM/ECF system, which will automatically serve all counsel of record and *pro se* parties.

s/ *William T. Paulk*
William T. Paulk

4