IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DRUMMOND COMPANY, INC., et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> TERRENCE P. COLLINGSWORTH, et al., ) <br> ) <br> Defendants. ) | Case No 2:15-cv-0506-RDP |

**JOINT REPORT REGARDING PROPOSED SUMMARY JUDGMENT BRIEFING SCHEDULE AND PAGE LIMITATIONS**

COME NOW Plaintiffs Drummond Company, Inc. and Drummond Ltd. ("Drummond") and Defendants Terrence P. Collingsworth, IRAdvocates, Conrad & Scherer, LLP, and William R. Scherer, Jr. (collectively "Defendants," and together with Drummond the "Parties") and, pursuant to this Court's June 4, 2024 Text Order (Doc. 310), submit this joint report regarding the summary judgment briefing schedule and page limitations.

1. Before the Court are the Defendants' motions for summary judgment and Drummond's motion for partial summary judgment, which were filed on June 17, 2014. Docs. 321, 323, and 324.

2. The Parties respectfully request the entry of an order with the following briefing schedule and page limitations:

*Opposition Briefs and Evidentiary Materials*

- The Parties' respective evidentiary submissions in support of their opposition briefs are due on July 23, 2024, and the Parties' opposition briefs are due the following business day,

2918849.1

on July 24, 2024.[1]

- The Parties may file 60-page opposition briefs.

*Reply Briefs and Evidentiary Materials*

- The Parties' evidentiary submissions in support of their reply briefs are due on August 20, 2024, and the Parties' reply briefs are due the following business day, on August 21, 2024.

- The Parties may file 30-page reply briefs.

Dated: June 21, 2024

        Respectfully submitted,

        *s/ Benjamin T. Presley*
        William Anthony Davis, III (ASB-5657-D65W)
        H. Thomas Wells, III (ASB-4318-H62W)
        Benjamin T. Presley (ASB-0136-I71P)
        STARNES DAVIS FLORIE LLP
        100 Brookwood Place, 7th Floor
        Birmingham, AL 35209
        (205) 868-6000
        fax: (205) 868-6099

        *Attorneys for Drummond Company, Inc. and Drummond Ltd.*

        *s/ William T. Paulk (w/ permission)*
        Robert K. Spotswood
        Michael T. Sansbury
        William T. Paulk
        SPOTSWOOD SANSOM & SANSBURY LLC
        505 20th Street North, Suite 700
        Birmingham, AL 35203
        Phone (205) 986-3620
        Fax (205) 986-3639
        rks@spotswood.com

---

[1] *https://www.alnd.uscourts.gov/sites/alnd/files/RDP%20APPENDIX%20II%20%28SJ%20Requirements%29%20%28Rev.%2008.23%29.pdf* (Appendix II to Initial Order, revised August 2023).

2918849.1

msansbury@spotswood.com
wpaulk@spotswood.com

*Attorneys for Defendants Conrad & Scherer, LLP and William R. Scherer, Jr.*

*s/ Terrence P. Collingsworth (w/ permission)*
Terrence P. Collingsworth
INTERNATIONAL RIGHTS ADVOCATES
621 Maryland Ave. NE
Washington, DC 20002
Phone: 202-543-5811
tc@iradvocates.org

*Pro se and Attorney for Defendant IRAdvocates*

## CERTIFICATE OF SERVICE

I certify that on June 21, 2024, I filed the foregoing electronically with the Clerk of Court using the CM/ECF system, which will automatically serve all counsel of record and *pro se* parties.

*s/ Benjamin T. Presley*
OF COUNSEL

3

2918849.1