When evaluating IRA who does that include?

FILED
United States District Court
Northern District of Alabama

JAN 15 2026

Judge R. David Proctor