IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
United States District Court
Northern District of Alabama
JAN 15 2026
Judge R. David Proctor

DRUMMOND COMPANY, INC., et al.,  )
            )
    Plaintiffs,  )
            )
v.          )   Case No. 2:15-cv-0506-RDP
            )   (*RICO*)
TERRENCE P. COLLINGSWORTH, et al.,  )
            )
    Defendants.  )

## JURY VERDICT – RICO CLAIMS

### SUBSTANTIVE RICO CLAIM

**QUESTION 1**: Did Drummond prove by a preponderance of the evidence that an enterprise existed, the defendant was associated with or employed by the enterprise, and the enterprise's activities affected interstate or foreign commerce?

As to Terrence P. Collingsworth:    YES ✓    NO ____

As to IRAdvocates:    YES ✓    NO ____

**QUESTION 2**: Did Drummond prove by a preponderance of the evidence that the defendant conducted or participated in the conduct of the enterprise's affairs through a pattern of racketeering activity?

As to Terrence P. Collingsworth:    YES ✓    NO ____

As to IRAdvocates:    YES ✓    NO ____

CONTINUE TO QUESTION 3 ON NEXT PAGE

1

**QUESTION 3**: Which predicate acts did Drummond prove as to each defendant? Place a checkmark next to each predicate act that Drummond proved.

*Witness bribery*

    As to Terrence P. Collingsworth: ✓

    As to IRAdvocates: ✓

*Witness Tampering*

    As to Terrence P. Collingsworth: ✓

    As to IRAdvocates: ✓

*Obstruction of Justice*

    As to Terrence P. Collingsworth: ✓

    As to IRAdvocates: ✓

*Money Laundering*

    As to Terrence P. Collingsworth: ✓

    As to IRAdvocates: ✓

*Wire Fraud*

    As to Terrence P. Collingsworth: ✓

    As to IRAdvocates: ✓

*Extortion*

    As to Terrence P. Collingsworth: ✓

    As to IRAdvocates: ✓

## RICO CONSPIRACY CLAIM

**QUESTION 4**: Do you find that Drummond proved that the defendant engaged in a RICO conspiracy?

As to Terrence P. Collingsworth:     YES ✓     NO _____

As to IRAdvocates:                   YES ✓     NO _____

## RICO DAMAGES

**QUESTION 5**: Assess the amount of damages that Drummond proved were caused by the RICO enterprise and/or the RICO conspiracy.

$ __68 million__

The court has already determined that Ivan Otero and Albert Van Bilderbeek are liable for RICO violations. Therefore, regardless of your answers to the above questions about Terrence Collingsworth and IRAdvocates, you still must answer Question 5.

So Say We All.

3