# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DRUMMOND COMPANY, INC. et al.,**  }<br>}<br>      **Plaintiffs,**  }<br>}<br>**v.**  }<br>}<br>**TERRENCE P. COLLINGSWORTH,**  }<br>**et al.,**  }<br>}<br>      **Defendants.**  }<br>} | **Case No.: 2:11-cv-3695-RDP** |
| **DRUMMOND COMPANY, INC., et al.,**  }<br>}<br>      **Plaintiffs,**  }<br>}<br>**v.**  }<br>}<br>**TERRENCE P. COLLINGSWORTH, et al.,**  }<br>}<br>      **Defendants.**  }<br>} | **Case No.: 2:15-cv-506-RDP** |

## ORDER

These matters are before the court on Drummond's Motion to Enforce Alabama and Federal Set Off Law. (Case No. 2:11-cv-03695-RDP, Doc. # 1189; Case No. 2:15-cv-00506-RDP, Doc. # 701). The Clerk of Court is directed to **TERMINATE** the Motion. (Case No. 2:11-cv-03695-RDP, Doc. # 1189; Case No. 2:15-cv-00506-RDP, Doc. # 701).

**On or before February 20, 2026**, the parties **SHALL** meet and confer in good faith regarding how, in light of all the relevant circumstances, such a set off should be accomplished.

Among other things, the parties **SHALL** consider the timing of any set off. **On or before March 6, 2026**, the parties **SHALL** file a joint report regarding the meeting and conference.

After consideration of the contents of the joint report, the court will determine whether the motion should be renewed and/or whether the court will need to hear argument before determining any set off.

**DONE** and **ORDERED** this January 20, 2026.

_____
**R. DAVID PROCTOR**
SENIOR U.S. DISTRICT JUDGE