FILED
2026 Mar-04  AM 08:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **DRUMMOND COMPANY, INC. et al.,** | } | |
| | } | |
| Plaintiffs, | } | |
| | } | |
| v. | } | **Case No.: 2:11-cv-3695-RDP** |
| | } | |
| **TERRENCE P. COLLINGSWORTH,** et al., | } | |
| | } | |
| Defendants. | } | |

| | | |
|---|---|---|
| **DRUMMOND COMPANY, INC., et al.,** | } | |
| | } | |
| Plaintiffs, | } | |
| | } | |
| v. | } | **Case No.: 2:15-cv-506-RDP** |
| | } | |
| **TERRENCE P. COLLINGSWORTH,** et al., | } | |
| | } | |
| Defendants. | } | |

## ORDER

These cases are before the court on an informal request from the parties to conduct a status conference and discuss various post-trial motions that must be resolved before judgment may be entered on the jury's verdicts. The parties report that they have been meeting and conferring on the issue of motions they intend to file, and that they would like the court's input on the sequencing of those motions and accompanying briefing. The request is **GRANTED**. These cases are **SET** for an in-chambers status conference at **1:00 p.m. on Wednesday, April 1, 2026**.

**On or before March 19, 2026**, the parties **SHALL** meet and confer and file a joint report regarding (1) anticipated motions, (2) proposed briefing schedules, (3) any agreements reached by the parties on issues that need to be addressed by the court, and (4) other matters the parties would like to discuss with the court during the status conference.

In light of this anticipated joint report, the parties are **RELIEVED** of the deadlines set forth in the court's January 20, 2026 Order (Case No.: 2:11-cv-3695-RDP, Doc. # 1197) and the court's February 10, 2026 Order (Case No.: 2:11-cv-3695-RDP, Doc. # 1203). The court will set revised deadlines after reviewing the joint report and conducting the status conference.

**DONE** and **ORDERED** this March 3, 2026.

_____
**R. DAVID PROCTOR**
SENIOR U.S. DISTRICT JUDGE