FILED

2026 Mar-19  PM 03:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| DRUMMOND COMPANY, INC. )<br>)<br>v. )<br>)<br>TERRENCE P. COLLINGSWORTH, et al. )<br>)<br>———————————— )<br>)<br>DRUMMOND COMPANY, INC., et al. )<br>)<br>v. )<br>)<br>TERRENCE P. COLLINGSWORTH, et al. )<br>) | Case No. 2:11-cv-3695-RDP<br>(*Defamation*)<br><br><br>Case No. 2:15-cv-0506-RDP<br>(*RICO*) |

---

### PARTIES' JOINT REPORT

---

COME NOW the Plaintiffs Drummond Company, Inc. and Drummond Ltd. (collectively "Drummond") and Defendants Terrence P. Collingsworth and International Rights Advocates (collectively "Defendants") (Drummond and Defendants collectively referred to as the "Parties") and, pursuant to this Court's Order (*RICO* Doc. 714 / *Defamation* Doc. 1204), file this Joint Report in advance of the Status Conference set for April 1, 2026, at 1:00 p.m.

I.     **Anticipated Motions**

A. Drummond anticipates filing motions regarding the following issues (collectively "Drummond's Post-Trial Motions"):

    a.  A motion requesting that the final judgment in the RICO case include a statutory award of treble damages, as well as attorneys' fees and litigation costs. *See* 18 U.S.C. § 1964(c) ("Any person injured in his business or property by reason of

3541455.1

a violation of section 1962 of this chapter [18 USCS § 1962] may sue therefor in any appropriate United States district court and shall recover threefold the damages he sustains and the cost of the suit, including a reasonable attorney's fee[.]").

b.  A motion requesting the award of prejudgment interest. *See Maiz v. Virani*, 253 F.3d 641, 663 n.15 (11th Cir. 2001).

c.  If necessary, a formal motion requesting reinstatement of Drummond's Renewed Motion for Sanctions in the *Defamation* case (*Defamation* Doc. 775). *See Defamation* Doc. 847 (Jan. 9, 2025 Order) at 3-4 (holding, with respect to Drummond's Renewed Motion for Sanctions, that "[t]he court would prefer to allow a jury to consider the merits of the defamation case before addressing potential sanctions for Defendants' litigation conduct" because "sanctions (1) may appropriately be decided at a later date, and (2) may implicate more than just the outcome of the defamation case."); *Defamation* Doc. 824 (July 5, 2024 Order) at 2 ("[T]he Clerk of Court is DIRECTED to ADMINISTRATIVELY TERMINATE the sanctions motions (Case No.: 2:11-cv-3695-RDP, Docs. # 775 and 776; Case No.: 2:15-cv-506-RDP, Doc. # 278). The sanctions motions may be reinstated, as appropriate, following the court's resolution of the motions for summary judgment.").

d.  A motion requesting pre-judgment attachment and/or other relief with respect to assets held by Defendants Terrence P. Collingsworth, International Rights Advocates, Ivan Otero, and/or Albert Van Bilderbeek which may be available

2

3541455.1

to satisfy the judgment(s) entered in the Defamation and RICO cases, as appropriate.

B. Defendants anticipate filing motions regarding the following issues (collectively "Defendants' Post-Judgment Motions"):

    a. Motion for Judgment for Defendants pursuant to Fed. R. Civ. P. 50 (b)(3);

    b. Motion for new trial pursuant to Fed. R. Civ. P. 50 (b)(2) and/or R. Civ. P. 59 (a)(1)(A);

    c. Motion for Remittitur under Rule 59 (e)

## II.    Proposed Briefing Schedules

The below proposals are just that. The parties requested the status conference to get the Court's input on the most efficient path forward.

### A. Drummond's Post-Trial Motions

Drummond's Post-Trial Motions due on April 8, 2026

Defendants' Responses due on April 29, 2026

Drummond's Replies due on May 14, 2026

### B. Defendants' Post-Trial Motions

Defendants (and we presume the Court) have assumed that Post-Trial Motions would be filed before entry of final judgment.[1] *See*, *e.g.*, Doc. Nos. 713 (RICO) and

---

[1] Defendants contend that FRCP 58(b)(2) permits the Court to delay entry of judgment pending post-trial motions. For example, in *Passananati v. Cook County*, 689 F. 3rd 655, 661 (7th Cir. 2012), the court held that the trial court had discretion to delay entry of judgment for 4 months pending resolution of FRCP 50 post-trial motions. There-like here-the Court delayed entry of judgment, held a status conference and set a series of deadlines to address the post-trial issues before entering a final judgment.

1203 (Defamation)(granting Defendants' motion to extend times for Post-Trial motions; February 11, 2026 email from the Court's Law Clerk, Sally Waudby (confirming that deadlines for post-trial motions do not begin to run until after entry of final judgment); and Doc. Nos. 714 (RICO) and 1204 (Defamation)(vacating deadlines for Post-Trial motions pending April 1, 2026 Status Conference). Because there are numerous issues Defendants will raise that will likely impact the content of the final judgment, judicial economy would be best served by the Court first ruling on the Post-Trial motions before entry of final judgement.  Accordingly, the following schedule is proposed for Defendants' Post-Trial Motions:

Defendants' Post-Trial Motions due on April 20, 2026

Drummond's Responses due on May 11, 2026

Defendants' Replies due on May 29, 2026

III.   **Other Matters for Discussion at the April 1st Status Conference**

A.  The effect of the jury verdict and judgment in this litigation on *Marisol Melo Penaloza, et al., v. Drummond Company, Inc., et al.*, 2:13-cv-393-RDP (N.D. Ala.) ("*Melo*").  *See Melo* Doc. 98 (June 15, 2021 Order) ("On the court's own motion, this case is **STAYED** pending the outcome of *Drummond Company, Inc. v. Collingsworth, et al*, Case # 2:11-cv-3695-RDP.").

---

Drummond disagrees with Defendants on this point.  The Rules pursuant to which Defendants propose filing motions (50(b) and 59(e)) contemplate such motions to be filed "after entry of judgment."  This is a matter that needs to be addressed at the status conference.

3541455.1

Respectfully submitted,


/s/ Benjamin T. Presley                         /s/ Sara E. Kropf
William Anthony Davis, III (ASB-5657-D65W)      Sara E. Kropf
H. Thomas Wells, III (ASB-4318-H62W)            KROPF MOSELEY SCHMITT PLLC
Benjamin T. Presley (ASB-0136-I71P)             1100 H Street NW, Suite 1220
STARNES DAVIS FLORIE LLP                         Washington, DC 20005
100 Brookwood Place, 7th Floor                  (202) 627-6900
Birmingham, AL 35209
(205) 868-6000
fax: (205) 868-6099


*Attorneys for Drummond Company, Inc. and Drummond Ltd.*


/s/ J. Chase Bryan (w/permission)
J. Chase Bryan *(Pro Hac Vice)*
Shauncey Hunter Ridgeway
Priscilla K. Williams
Terrence P. Collingsworth (*Pro Hac Vice*)
Kenneth O. Simon
Richard E. Smith
CHRISTIAN & SMALL, LLP
505 20th Street North, Suite 1800
Birmingham, AL 35203
Telephone: (205) 795-6588
Facsimile: (205) 328-7234


*Attorneys for Terrence P. Collingsworth and International Rights Advocates*

5

## CERTIFICATE OF SERVICE

I hereby certify that on **March 19, 2026**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ *Benjamin T. Presley*
Benjamin T. Presley (ASB-0136-I71P)

3541455.1