FILED
2026 Mar-27  PM 02:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATE DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| DRUMMOND COMPANY, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    Case No. 2:11-cv-3695-RDP |
| | )    (*"Defamation"*) |
| TERRENCE P. COLLINGSWORTH, et al. | ) |
| | ) |
| | ) |
| Defendants. | ) |

| | |
|---|---|
| DRUMMOND COMPANY, INC., et al. | ) |
| | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )    Case No. 2:15-cv-00506-RDP |
| | )    (*"RICO"*) |
| TERRENCE P. COLLINGSWORTH, et al. | ) |
| | ) |
| | ) |
| Defendants. | ) |

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS TERRENCE P. COLLINGSWORTH AND INTERNATIONAL RIGHTS ADVOCATES

As Counsel for Defendants Terrence P. Collingsworth ("Collingsworth") and International Rights Advocates ("IRA"), in the above-styled actions, the law firm of CHRISTIAN & SMALL, LLP ("Counsel"), move this Court to enter an order allowing their withdrawal as counsel of record for Collingsworth and IRA. In further support, Counsel states the following:

1. Circumstances have arisen that require Counsel to terminate representation of Collingsworth and IRA in accordance with Alabama Rule of Professional Conduct 1.16.

2.      Counsel has provided Collingsworth and IRA with reasonable notice of its intent to withdraw as Counsel.

3.      If permitted to withdraw, Counsel shall take all steps to the extent reasonably practicable to protect Collingsworth and IRA's interests.

4.      If permitted to withdraw, Counsel requests that Collingsworth and IRA be given thirty (30) days in which to hire new counsel.

5.      If permitted to withdraw, Counsel requests an extension of thirty (30) days for all pending deadlines.

6.      Counsel further certifies that they have served a copy of the Motion on Collingsworth and IRA and has informed them of the right to file an objection with the court within fourteen (14) calendar days of the date of the notification.

7.      Counsel request that all future notices to Collingsworth and IRA be made at the following address:

> Terrence P. Collingsworth
> INTERNATIONAL RIGHTS ADVOCATES
> 621 Maryland Avenue, NE
> Washington, DC  20002
> 202-255-2198
> tc@iradvocates.org

Based on the foregoing, Christian & Small requests permission to withdraw as counsel in this matter.

Respectfully submitted this 27th day of March, 2026.

/s/Shauncey H. Ridgeway
Richard E. Smith (asb-6536-m69r)
Kenneth O. Simon
J. Chase Bryan *(Pro Hac Vice)*
Priscilla K Williams
Shauncey H. Ridgeway (40494)

2

*Attorneys for Defendants Terrence P. Collingsworth and International Rights Advocates*

**OF COUNSEL:**
**CHRISTIAN & SMALL, LLP**
505 20th Street North, Suite 1800
Birmingham, AL 35203
Telephone: (205) 795-6588
Facsimile: (205) 328-7234
resmith@csattorneys.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2026, the foregoing was filed with the Court using the electronic CM/ECF Pacer system that will electronically serve notification on all parties through their counsel of record; and, further certifies that the foregoing was served by electronic mail on Collingsworth and IRA as follows:

Terrence P. Collingsworth
INTERNATIONAL RIGHTS ADVOCATES
tc@iradvocates.org

/s/ *Shauncey Hunter Ridgeway*
OF COUNSEL

3