FILED

2026 Apr-01  PM 03:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **DRUMMOND COMPANY, INC. et al.,** | } | |
| | } | |
| **Plaintiffs,** | } | |
| | } | |
| **v.** | } | **Case No.: 2:11-cv-3695-RDP** |
| | } | |
| **TERRENCE P. COLLINGSWORTH, et al.,** | } | |
| | } | |
| | } | |
| **Defendants.** | } | |
| | } | |

| | | |
|---|---|---|
| **DRUMMOND COMPANY, INC., et al.,** | } | |
| | } | |
| **Plaintiffs,** | } | |
| | } | |
| **v.** | } | **Case No.: 2:15-cv-506-RDP** |
| | } | |
| **TERRENCE P. COLLINGSWORTH, et al.,** | } | |
| | } | |
| | } | |
| **Defendants.** | } | |

## ORDER

Before the court is Christian & Small's Motion to Withdraw as Counsel for Defendants. (Doc. # 1236, Case No. 2:11-cv-03695-RDP; Doc. # 746, Case No. 2:15-cv-00506-RDP). The Motion is **GRANTED IN PART** and **DENIED IN PART**.

**On or before April 20, 2026,** Christian & Small **SHALL** file Defendants' Post-Trial *Motions*. Those Motions **SHALL** set forth the legal and factual grounds for each request for relief and argument presented in support of any motion for a new trial or judgment as a matter of law, or any other request for post-verdict relief. As part of that motion, Collingsworth **SHALL** certify

to the court that Christian & Small has filed all Motions and advanced all arguments he wishes to raise, along with the factual and legal support for each such argument, as to any request for judgment as a matter of law or a new trial, or any other post-verdict relief sought.

Upon the filing of the Motions by Christian & Small, that firm and all its appearing counsel will be **WITHDRAWN**. If no other counsel appears for him and IRAdvocates, Collingsworth will be responsible for all briefing and arguments as to all Post-Trial Motions filed by Defendants.

**DONE** and **ORDERED** this April 1, 2026.

**R. DAVID PROCTOR**
SENIOR U.S. DISTRICT JUDGE