**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

|  |  |  |
|---|---|---|
| DRUMMOND COMPANY, INC. | ) | |
| | ) | |
| v. | ) | Case No. 2:11-cv-3695-RDP |
| | ) | (*Defamation*) |
| TERRENCE P. COLLINGSWORTH, et al. | ) | |
| | ) | |
| | ) | |
| DRUMMOND COMPANY, INC., et al. | ) | |
| | ) | Case No. 2:15-cv-0506-RDP |
| v. | ) | (*RICO*) |
| | ) | |
| TERRENCE P. COLLINGSWORTH, et al. | ) | |
| | ) | |

**<u>DRUMMOND'S MOTION TO TREBLE RICO DAMAGES</u>**[1]

William Anthony Davis, III
H. Thomas Wells, III
Benjamin T. Presley
STARNES DAVIS FLORIE LLP
100 Brookwood Place, 7th Floor
Birmingham, AL 35209
(205) 868-6000
fax: (205) 868-6099

Sara E. Kropf
Kropf Moseley Schmitt
1100 H Street NW, Suite 1220
Washington, DC 20005
(202) 627-6900

*Attorneys for Drummond Company, Inc. and Drummond Ltd.*

---

[1] Drummond also intends to file separate motions requesting its litigation costs and attorneys' fees, which are also recoverable under 18 U.S.C. § 1964(c), as well as prejudgment interest from the time of verdict to the time judgment is entered.  But as discussed at the recent status conference, Drummond will wait to file those motions until after judgment has been entered.

3476568.2

COME NOW the Plaintiffs Drummond Company, Inc. and Drummond Ltd. ("Drummond") and request that the Court treble the RICO damages awarded by the jury in this case. As grounds for this motion, Drummond states as follows.

1.      On January 15, 2026, the jury returned a verdict in favor of Drummond and against Defendants Terrence P. Collingsworth, IRAdvocates, Ivan Otero, and Albert Van Bilderbeek in the amount of $68 million on Drummond's substantive RICO claim under 18 U.S.C. § 1962(c) and Drummond's RICO conspiracy claim under 18 U.S.C. § 1962(d). *RICO* Doc. 706.

2.      In pertinent part, the RICO statute provides that "[a]ny person injured in his business or property by reason of a violation of section 1962 of this chapter [18 USCS § 1962] may sue therefor in any appropriate United States district court and **shall** recover threefold the damages he sustains and the cost of the suit, including a reasonable attorney's fee[.]" 18 U.S.C. § 1964(c) (emphasis added).

3.      As the plain language of 18 U.S.C. § 1964(c) makes clear, trebling of RICO damages is mandatory. *Arabian Am. Oil Co. v. Scarfone*, 939 F.2d 1472, 1478-79 (11th Cir. 1991); *see also Gentry v. TRC*, 937 F.2d 899, 914 (3d Cir. 1991); *City of Huntsville v. Proliance Energy, LLC*, Case No.: CV-02-VEH-1296, 2005 U.S. Dist. LEXIS 7385, at *7 n.1 (N.D. Ala. Apr. 21, 2005); *Bradley v. Franklin Collection Serv.*, Civil Action Number 5:10-cv-1537-AKK, 2012 U.S. Dist. LEXIS 194084, at *9-11 (N.D. Ala. Apr. 10, 2012).

WHEREFORE, Drummond requests that the Court treble the $68 million RICO damages award to $204 million.

2

3476568.2

Respectfully submitted,


/s/ H. Thomas Wells, III
William Anthony Davis, III (ASB-5657-D65W)
H. Thomas Wells, III (ASB-4318-H62W)
Benjamin T. Presley (ASB-0136-I71P)
STARNES DAVIS FLORIE LLP
100 Brookwood Place, 7th Floor
Birmingham, AL 35209
(205) 868-6000
fax: (205) 868-6099

/s/ Sara E. Kropf
Sara E. Kropf
Kropf Moseley PLLC
1100 H. Street NW, Suite 1220
Washington, DC 20005
(202) 627-6900

*Attorneys for Drummond Company, Inc. and Drummond Ltd.*


## CERTIFICATE OF SERVICE

I hereby certify that on **April 8, 2026**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.


/s/ H. Thomas Wells, III
H. Thomas Wells, III (ASB-4318-H62W)

3476568.2