FILED
2026 Apr-10  AM 08:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **DRUMMOND COMPANY, INC., et al.,** | } | |
| | } | |
| **Plaintiffs,** | } | |
| | } | |
| **v.** | } | **Case No.:  2:15-CV-506-RDP** |
| | } | |
| **TERRENCE P. COLLINGSWORTH, et al.,** | } | |
| | } | |
| **Defendants.** | } | |

### ORDER REGARDING TREBLE DAMAGES

Before the court is the Motion to Treble Damages filed by Plaintiffs Drummond Company, Inc. and Drummond Ltd. ("Drummond"). (Doc. # 752). For the reasons discussed below, the Motion is granted.

Drummond's defamation case against Defendant Terrence P. Collingsworth and its Racketeer Influenced and Corrupt Organizations Act ("RICO") case[1] against Collingsworth and Defendants IRAdvocates, Ivan Otero, and Albert Van Bilderbeek were tried together from December 1, 2025 through January 15, 2026. On January 15, 2026, the jury returned verdicts in both cases. As to Drummond's RICO claims, the jury (1) found that Plaintiffs Drummond Company, Inc. and Drummond Ltd. had proven each of the elements necessary to establish both their substantive RICO claim and their RICO conspiracy claim, and (2) awarded Plaintiffs $68,000,000 in damages caused by the RICO enterprise and/or the RICO conspirators. (Doc. # 706).

---

[1] In the RICO case, Drummond asserted a substantive RICO claim under 18 U.S.C. § 1962(c) and a conspiracy to violate RICO claim under 18 U.S.C. § 1962(d).

Section 1964(c) provides that "[a]ny person injured in his business or property by reason of a violation of section 1962 of this chapter may sue therefor in any appropriate United States district court and shall recover threefold the damages he sustains and the cost of the suit, including a reasonable attorney's fee." 18 U.S.C. § 1964(c)). The trebling of damages on a successful § 1962 claim is mandatory. 18 U.S.C. § 1964(c); *see also Arabian Am. Oil Co. v. Scarfone*, 939 F.2d 1472, 1474 n.4 (11th Cir. 1991); *Oke v. Prontowash, LLC*, 2024 WL 4894230, at *4 (M.D. Fla. Nov. 26, 2024); *McCullough v. City of Montgomery, Alabama*, 2019 WL 2112963, at *10 (M.D. Ala. May 14, 2019).

Accordingly, Drummond's Motion to Treble Damages (Doc. # 752) is **GRANTED**.

However, what amount of damages will be trebled, and the amount of any judgment to be entered on the jury's verdict, will depend on the resolution of other anticipated post-trial motions. Therefore, although Drummond's Motion to Treble Damages is granted, as the parties have stipulated and the court has agreed, a final judgment will not be entered until the parties have briefed and the court rules on all relevant post-trial motions.

**DONE** and **ORDERED** this April 9, 2026.

**R. DAVID PROCTOR**
SENIOR U.S. DISTRICT JUDGE