### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| DRUMMOND COMPANY, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 2:11-cv-3695-RDP |
| | ) | ("*Defamation*") |
| TERRENCE P. COLLINGSWORTH, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | | |
| DRUMMOND COMPANY, INC., and DRUMMOND LTD., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 2:15-cv-00506-RDP |
| | ) | ("*RICO*") |
| v. | ) | |
| | ) | UNOPPOSED[1] |
| TERRENCE P. COLLINGSWORTH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### NON-PARTIES CONRAD & SCHERER, LLP AND WILLIAM R. SCHERER, JR.'S MOTION TO AMEND MEMORANDUM OPINION DENYING RULE 50 MOTION

Non-parties Conrad & Scherer, LLP (C&S) and William R. Scherer, Jr. respectfully request that the Court amend its memorandum opinion denying Defendant Collingsworth's Rule 50 motion by adding a footnote clarifying that nothing in the opinion or the jury's verdict constitutes a finding of RICO liability against C&S or Mr. Scherer. In support of this motion, C&S and Mr. Scherer state as follows:

1.      On October 17, 2025, the Court dismissed with prejudice Drummond's claims

---

[1] Undersigned counsel contacted counsel for Drummond, who reports that Drummond does not oppose this motion.

against C&S and Mr. Scherer pursuant to a settlement agreement between Drummond and C&S and Mr. Scherer. *RICO* Doc. 555.

2.     As a result of the settlement with Drummond and dismissal with prejudice, C&S and Mr. Scherer did not participate in the trial of this case, which began in December 2025. C&S did not examine any witnesses, offer evidence, or participate in the drafting of jury instructions or the jury verdict form. C&S also had no involvement in the parties' post-trial briefing.

3.     C&S and Mr. Scherer were not listed at all on the jury verdict form. *See RICO* Doc. 706.

4.     After the jury returned its verdict in favor of Drummond, Collingsworth filed a renewed Rule 50 motion. *RICO* Doc. 754.

5.     The Court denied Collingsworth's motion on June 2, 2026. *RICO* Docs. 769, 770.

6.     Because C&S and Mr. Scherer did not participate in the trial, and to clarify for readers of the opinion, C&S and Mr. Scherer respectfully request that the Court amend its memorandum opinion to include a footnote clarifying that neither the opinion nor the jury's verdict constitutes a finding of RICO liability against C&S or Mr. Scherer.

7.     C&S and Mr. Scherer propose the following language for the Court's consideration:

> Former defendants Conrad & Scherer, LLP and William R. Scherer, Jr. were dismissed with prejudice before trial following a settlement with Drummond. As a result of their dismissal, they did not participate in the ensuing trial, and neither the jury's verdict nor this opinion should be construed as a finding of RICO liability against them.

8.     C&S and Mr. Scherer request that such footnote be added in the opinions entered in both the *RICO* (Doc. 769) and *Defamation* (Doc. 1258) cases.

Dated: June 10, 2026

Respectfully submitted,

s/ *William T. Paulk*
Robert K. Spotswood
Michael T. Sansbury
William T. Paulk
SPOTSWOOD SANSOM & SANSBURY LLC
505 20th Street North, Suite 700
Birmingham, AL 35203
Phone (205) 986-3620
Fax (205) 986-3639
rks@spotswood.com
msansbury@spotswood.com
wpaulk@spotswood.com

*Attorneys for Non-Parties Conrad & Scherer, LLP and William R. Scherer, Jr.*

3

## CERTIFICATE OF SERVICE

I certify that on June 10, 2026, I filed the foregoing electronically with the Clerk of Court using the CM/ECF system, which will automatically serve all counsel of record and *pro se* parties.

s/ *William T. Paulk*
Of Counsel

4